FILED

CLERK, U.S. DISTRICT COURT

04/13/2026

CENTRAL DISTRICT OF CALIFORNIA

BY _____ mba _____ DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

SANAZ DERAKHSHANI JAN
COMPLEXCOMPLAIN2@GMAIL.COM
P.O. BOX 363, TRABUCO CANYON, CA 92678
818-913-9338
IN PRO PER

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**Plaintiff:**

SANAZ DERAKHSHANI JAN

vs.

**Defendants:**

UNITED STATES OF AMERICA
GOVERNMENT;

DONALD JOHN TRUMP, in his official and
individual capacity as the President of the
United States;

JAMES DAVID VANCE, in his official and
individual capacity as the Vice President of
the United States;

MELANIA TRUMP, in her official and
individual capacity as First Lady of the
United States;

KAROLINE CLAIRE LEAVITT, in her
official and individual capacity as White
House Press Secretary;

LARA LEA TRUMP (YUNASKA), in her
official and individual capacity as an
American Politician;

ERIC TRUMP, in his official and individual
capacity as Donald Trump's son;

Case No.:   8:26-cv-00903-DOC

**COMPLAINT FOR RICO ACT,
CONSTITUTIONAL VIOLATIONS,
AND EMERGENCY RELIEF FOR:**

- RICO Act Violations (18 U.S.C. §§ 1961-1968)

- Constitutional Violations (First, Fourth, Fifth & Fourteenth Amendments)

- Crimes, including Fraud, Retaliation, Felony, Forgery, and more Related Claims, including but not limited to:

  - Fed. R. Civ. P. 65;
  - 42 U.S.C. §§ 1983, 1985, 1986, 12101;
  - 15 U.S.C. §§ 1, 2;
  - 18 U.S.C. §§ 3, 4, 241, 242, 371, 666, 872, 875, 1001, 1028, 1341, 1343, 1503, 1505, 1512, 1519, 1621, 1623 1951, 1961–1968, and 2071;
  - 31 U.S.C. § 1301;
  - 28 U.S.C. §§ 535, 454, 1343(a)(3),(4), 2201–2202;
  - 11 U.S.C. § 548;
  - 5 U.S.C. § 552;
  - 36 U.S.C. §§ 220501–220529;
  - 34 U.S.C. § 20341 et seq.;

**DEMAND FOR GRAND JURY AND JURY TRIAL**

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

PAMELA JO BONDI, in her official and individual capacity as the U.S. Attorney General;

MERRICK BRIAN GARLAND, in his official and individual capacity as a former U.S. Attorney and head of the Department of Justice;

KASHYAP PRAMOD PATEL, in his official and individual capacity as the Director of the Federal Bureau of Investigation, FBI;

KAMALA DEVI HARRIS, in her official and individual capacity as an Attorney and former Vice President of the United States;

JOSEPH ROBINETTE BIDEN, JR, in his official and individual capacity as the President of the United States;

GAVIN CHRISTOPHER NEWSOM, in his official and individual capacity as the Governor of California;

ARNOLD ALOIS SCHWARZENEGGER, in his official and individual capacity as Actor and former Governor of California;

KRISTEN CLARKE, in her official and individual capacity as a former Assistant Attorney General for Civil Rights at the U.S. Department of Justice;

ROBERT ANDRES BONTA, in his official and individual capacity as the Attorney General of California;

ADAM BENNETT SCHIFF, in his official and individual capacity as a United States Senator;

ALEJANDRO "ALEX" PADILLA, in his official and individual capacity as a United States Senator;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

BILAL ALI ESSAYLI, in his official and individual capacity as First Assistant of U.S. Attorney for the Central District of California;

BILL ESSAYLI, in his official and individual capacity as First Assistant of U.S. Attorney for the Central District of California;

ESSAYLI & BROWN, LLP;

TODD BLANCHE, in his official and individual capacity as Deputy Attorney General;

DAVID M. HARRIS, in his official and individual capacity as Assistant United States Attorney, Chief, Civil Division;

DANIEL A. BECK, in his official and individual capacity as Assistant United States Attorney, Chief, Complex and Defensive Litigation Section;

JOSEPH Manuel BRIONES (Cal. Bar No. 303190), in his official and individual capacity as Assistant United States Attorney;

KEVIN RICHARD KISH, in his official and individual capacity as director of the Civil Department of Fair Employment and Housing;

JAMES BRIEN COMEY Jr., in his official and individual capacity as former director of the FBI;

CHRISTOPHER ASHER WRAY, in his official and individual capacity as director of the FBI;

ALEJANDRO NICHOLAS MAYORKAS, in his official and individual capacity as former U.S. Secretary of Homeland Security;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

UR MENDOZA JADDOU, in her official and individual capacity as former Director of U.S. Citizenship and Immigration Services (USCIS);

JOSEPH BENJAMIN EDLOW, in his official and individual capacity as Director of U.S. Citizenship and Immigration Services (USCIS);

KRISTI LYNN ARNOLD NOEM, in her official and individual capacity as the U.S. Secretary of Homeland Security;

RONALD L. DAVIS, in his official and individual capacity as Former Director of the U.S. Marshals Service;

GADYACES S. SERRALTA, in his official and individual capacity as Director of the U.S. Marshals Service;

DIANE B. DIXON, in her official and individual capacity as a member of the CA State Assembly;

GREG WALLIS, in his official and individual capacity as a member of the CA State Assembly;

CECILIA AGUIAR-CURRY, in her official and individual capacity as CA Assembly leader;

ROBERT GARCIA, in his official and individual capacity as CA Assembly Assistant leader;

ROBERT RIVAS, in his official and individual capacity as CA Assembly Speaker;

MATTHEW ZANDI, in his official and individual capacity as a former CA Orange County District Attorney deputy, current Chief of Staff and Senior Counsel to the U.S.

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

DOJ Civil Rights Division, and Current official Government employee position;

JAMES FLORY HODGKINS, in his official and individual capacity as commissioner;

JOHN MICHAEL TOMBERLIN, in his official and individual capacity as judge;

KIRA LEE KLATCHKO, in her official and individual capacity as judge;

MANUEL BUSTAMANTE, in his official and individual capacity as a judge;

MICHAEL C. MARTIN, in his official and individual capacity as judge;

JUDITH C. CLARK, in her official and individual capacity as former CA Riverside County Presiding Judge;

JACQUELIN C. JACKSON, in her official and individual capacity as CA Riverside County Presiding Judge;

MARIE E. WOOD, in his official and individual capacity as Judge;

MATTHEW PERANTONI, in his official and individual capacity as Judge;

MARK E. SINGERTON, in his official and individual capacity as Judge;

KIM CHUNK, in her official and individual capacity as former CA Palm Springs Courthouse supervisor;

Current California Superior Court Palm Springs Courthouse supervisor;

California Superior Palm Springs Courthouse executive officers/clerk;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

MARIA D. HERNANDEZ, in her official and individual capacity as former Presiding Judge of the Orange County Superior Court;

SHEILA F. HANSON, in her official and individual capacity as the Presiding Judge of the Superior Court of Orange County, California;

DOLLY M. GEE, in her official and individual capacity as a Judge;

DOUGLAS F. MCCORMICK, in his official and individual capacity as Judge of the Central District Court of California;

STANLEY BLUMENFELD, JR, in his official and individual capacity as a Judge;

STEVE KIM, in his official and individual capacity as a Judge;

JOANNE MOTOIKE, in his official and individual capacity as a Judge;

THOMAS A. DELANEY, in his official and individual capacity as a Judge;

NATHAN SCOTT, in his official and individual capacity as a Judge;

CHERI THI PHAM, in her official and individual capacity as a Judge;

MICHAEL EDWARD PEREZ, in his official and individual capacity as a Judge;

JULIE A. PALAFOX, in her official and individual capacity as a Judge;

COREY S. CRAMIN, in his official and individual capacity as a Judge;

ANDRE MANSSOURIAN, in his official and individual capacity as a Judge;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

JULIANNE S. BANCROFT, in her official and individual capacity as a Judge;

SHAINA H. COLOVER, in her official and individual capacity as a Judge;

DAVID J. HESSELTINE, in his official and individual capacity as a Judge;

JONATHAN FISH, in his official and individual capacity as a Judge;

DONALD F. GAFFNEY, in his official and individual capacity as a Judge;

DEBORAH C. SERVINO, in her official and individual capacity as a Judge;

ERICK L. LARSH, in his official and individual capacity as a Judge;

CRAIG GRIFFIN, in his official and individual capacity as a Judge;

SHAWN NELSON, in his official and individual capacity as a Judge;

MICHAEL J. STRICKROTH, in his official and individual capacity as a Judge;

THOMAS S. MCCONVILLE, in his official and individual capacity as a Judge;

ERIC J. WERSCHING, in his official and individual capacity as a Judge;

STEPHEN TODD HICKLIN, in his official and individual capacity as Judge of the Superior Court of California, County of Orange;

LAWRENCE P. RIFF, in his official and individual capacity as Supervising Judge of Civil Courts in the Los Angeles Superior Court, Stanley Mosk Courthouse;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

OTIS D. WRIGHT, II, in his official and individual capacity as Judge of the Central District Court of California;

STEPHEN V. WILSON, in his official and individual capacity as Judge of the Central District Court of California;

JOHN W. HOLCOMB, in his official and individual capacity as Judge of the Central District Court of California;

JOHN D. EARLY, in his official and individual capacity as Magistrate Judge of the Central District Court of California;

JAMES V. SELNA, in his official and individual capacity as Judge of the Central District Court of California;

MONICA RAMIREZ ALMADANI, in her official and individual capacity as Judge of the Central District Court of California;

FRED W. SLAUGHTER, in his official and individual capacity as Judge of the Central District Court of California;

DAVID O. CARTER, in his official and individual capacity as Judge of the Central District Court of California;

RICHARD AUGUSTINE, in his official and individual capacity as CA, Orange County Superior Court, Central Justice Center, Clerk's Office supervisor;

JOSE MORALES, in his official and individual capacity as CA, Orange County Superior Court, Central Justice Center, Clerk's Office employee;

BRADLEY LOPEZ, in his official and individual capacity as the California Superior Executive Office Receptionist;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

CA Riverside County District Attorney;

CA Riverside County FBI;

COLIN D. KIRKPATRICK, in his official and individual capacity as City Attorney of Rancho Mirage;

STEVE DOWNS, in his official and individual capacity as the former City Mayor of Rancho Mirage;

LYNN MALLOTTO, in her official and individual capacity as City Mayor of Rancho Mirage;

KENNETH STANTON CALVERT, in his official and individual capacity as the CA Congressman;

RAUL RUIZ, in his official and individual capacity as the CA Congressman;

CA County of Riverside;

JOSE MEDINA, in his official and individual capacity as the Supervisor - First District, Board of Supervisors, County of Riverside, California;

KAREN SPIEGEL, in her official and individual capacity as the Supervisor - Second District, Board of Supervisors, County of Riverside, California;

CHUCK WASHINGTON, in his official and individual capacity as the Supervisor - Third District, Board of Supervisors, County of Riverside, California;

V. MANUEL PEREZ, in his official and individual capacity as the Supervisor - Fourth District, Board of Supervisors, County of Riverside, California;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

YXSTIAN GUTIERREZ, in his official and individual capacity as the Supervisor - Fifth District, Board of Supervisors, County of Riverside, California;

CA Riverside County District Attorney Real Estate Fraud Unit;

MICHAEL A. HESTRIN, in his official and individual capacity as CA Riverside District Attorney director;

ISRA SHAH, in an official capacity as CA Palm Desert City Attorney;

JAN HARNIK, in her official and individual capacity as former CA Palm Desert City Mayor;

EVAN TRUBEE, in his official and individual capacity as CA Palm Desert City Mayor;

KARINA QUINTANILLA, in her official and individual capacity as a Council Member;

JOE PRADETTO, in her official and individual capacity as a Council Member;

GINA NESTANDE, in her official and individual capacity as a Council Member;

CA Riverside Board of Supervisors;

MANUEL PEREZ, in his official and individual capacity as CA Riverside District 4 supervisor;

CHAD BIANCO, in his official and individual capacity as Sheriff-Coroner-Public Administrator of Riverside County, California;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

DONALD SHARP, in his official and individual capacity as Undersheriff of Riverside County, California;

DANCE S. DONALD SHARP, in his official and individual capacity as Undersheriff of Riverside County, California;

California Cathedral City Police Department;

LARRY V. GONZALEZ, in his official and individual capacity as Riverside Police Chief officer;

California Palm Springs Police Department;

DELOSS, in his official and individual capacity as supervisor at the CA Palm Desert Sheriff Department;

CIENEGA, in his official and individual capacity as Palm Desert Sheriff Deputy;

BURDEN, in his official and individual capacity as Palm Desert Sheriff Deputy;

REYNOLDS, in his official and individual capacity as Palm Desert Sheriff Deputy;

PRIETO, in his official and individual capacity as Palm Desert Sheriff Deputy;

JASON MCFEDDAN, in his official and individual capacity as Riverside supervisor sergeant, Lieutenant;

Palm Desert Oasis County Club;

The Mission Hills County Club;

The Management Trust Mission Hills County Club;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

Allied Universal Security Service, Palm Desert;

LINDA LEE HURD;

LINDA HURDA;

LINDA WALLANCE HURD;

LINDA BERGAN HURD;

LINDA HWID;

LINDA HURD;

PHIL SMITH;

CHAD WEST;

CREATIVE RECOVERY CONCEPTS, INC.;

ISAIAH VILLARREAL;

CHRISTOPHER CARDI;

PETER MCKERNAN;

THE MCKERNAN GROUP REALTY;

DANIEL STAMPS;

KEVIN VERT;

KEVIN JEFFREY VERT;

JOSHUA CHRISTOPHER VERT;

VISTA COMMUNITY CLINIC;

DEBORAH ELAINE VERT;

CHRISTINA MARIE VERT;

JENSON LYNNE;

LYNNE JENSON;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

PHILIP HOOD;

PAT HUFFMAN;

FRANCES W. GREENSPAN;

TORI THOMAS, in her official and individual capacity as MHRC Board President,

The Management Trust Mission Hills County Club HOA;

ROSEMARY, Allied Universal Security Service Mission Hills County Club Rancho Mirage, Manager;

CA Orange County District Attorney's real estate fraud unit;

WARREN BUFFETT, in his official and individual capacity as Chairperson of Berkshire Hathaway Inc.;

THE BERKSHIRE HATHAWAY HOMESERVICES;

HOMESERVICES OF AMERICA;

BERKSHIRE HATHAWAY ENERGY;

RONALD KERSHAW;

LISA M. ROGAN, in her official and individual capacity as San Bernardino Presiding Judge;

SAN BERNARDINO FIRE DEPARTMENT;

COUNTY OF SAN BERNARDINO;

SAN BERNARDINO DISTRICT ATTORNEY;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

SAN BERNARDINO SHERIFF DEPARTMENT;

SAN BERNARDINO POLICE DEPARTMENT;

TODD ALLAN SPITZER, in his official and individual capacity as CA Orange County District Attorney;

MICHEELLE AGUIRRE, in her official and individual capacity as the CA Orange County Executive Officer (CEO);

CA ORANGE COUNTY BOARD OF SUPERVISORS;

DONALD P. WAGNER, in his official and individual capacity as the CA Orange County Board of Supervisors;

JENNIFER WAIER, in her official and individual capacity as the Deputy Chief in the Orange County office of the U.S. Attorney's Office for the Central District of California;

Mark P. Takla, in his official and individual capacity as an Assistant United States Attorney (AUSA) based in Santa Ana, California;

MARK TAKLA #218111;

CA ORANGE COUNTY FBI;

CALIFORNIA ORANGE COUNTY, DEPARTMENT OF MOTOR VEHICLES, DMV;

 COUNTY OF ORANGE;

 CA ORANGE COUNTY SOCIAL SECURITY OFFICE;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

CA ORANGE COUNTY PARKS;

STACY BLACKWOOD, in her official and individual capacity as executive and director/ manager of the CA OC Parks government agency;

KEVIN MCKEOWN, in his official and individual capacity as supervisor of CA OC park rangers;

CA ORANGE COUNTY O'NEILL REGIONAL PARK;

CA LAKE FOREST CITY / EL TORO CITY U.S. POST OFFICE;

U.S. SOCIAL SECURITY OFFICE HEADQUARTERS;

DMV HEADQUARTERS;

JANET NGUYEN, in her official and individual capacity as the Supervisor - First District, Board of Supervisors, County of Orange, California;

VICENTE SARMIENTO, in his official and individual capacity as the Supervisor - Second District, Board of Supervisors, County of Orange, California;

DONALD P. WAGNER, in his official and individual capacity as the Supervisor - Third District, Board of Supervisors, County of Orange, California;

 DOUG CHAFFEE, in his official and individual capacity as the Chairman - Fourth District, Board of Supervisors, County of Orange, California;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

KATRINA ANNE FOLEY, in her official and individual capacity as the Vice Chair - Fifth District, Board of Supervisors, County of Orange, California;

DIANE BROOKS DIXON, in her official and individual capacity as Member of the California State Assembly, 72nd State Assembly District;

ANDREW HOANG DO, in his official and individual capacity as a former OC Board of Supervisors member;

DONALD D. BARNES, in his official and individual capacity as Sheriff-Coroner of Orange County, California;

DON BARNES, in his official and individual capacity as Sheriff-Coroner of Orange County, California;

DONALD BARNES, in his official and individual capacity as Sheriff-Coroner of Orange County, California;

JEFF HALLOCK, in his official and individual capacity as Undersheriff of Orange County, California;

LAKE FOREST SHERIFF DEPARTMENT, SADDLEBACK SUBSTATION;

GOTTS, G # 8699, in his official and individual capacity as CA OC Sheriff Deputy;

HUYNH, V # 11071, in his official and individual capacity as CA OC Sheriff Deputy;

MUIR, T # 10371, in her official and individual capacity as CA OC Sheriff Deputy;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

JEFF CALLAHAN, in his official and individual capacity as CA Orange County Administrative Sergeant;

DAVID PULTZ, in his official and individual capacity as CA OC Lake Forest sheriff department Captain;

P. FORD, Badge #7796, in his official and individual capacity as Sheriff Baillif in the Lamoreaux Justice Center Dep L11;

CA OC Sheriff Deputy Zelaya # 9051;

SHAHLA ZANDI;

SHALA ZANDI;

TECI MAYO, in her official and individual capacity as Senior Regional Manager at Solari Enterprises, Inc.;

KNAKALIA RICHARD, in her official and individual capacity as former community manager at Arroyo at Baker Ranch;

Arash Moslehi;

Dr. HAMID ESKANDARI;

NGUYEN, in his official and individual capacity as CA Lake Forest / El Toro U.S. Post Office manager,

EBEN ELLERSTON, in his official and individual capacity as L+M Baker Ranch Workforce Holdings LLC manager;

GRAHAM ESPLEY-JONES, in his official and individual capacity as WCH Affordable IX, LLC president;

BEHTASH AHADI;

BEHTASH KHALIDA;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

JOHN HUSKEY, in his official and individual capacity as Baker Ranch Affordable Housing LLC manager;

CARLOS VEGA, in his official and individual capacity as Former Assistant Manager of the Arroyo at Baker Ranch,

ARROYO AT BAKER RANCH APARTMENTS;

WILLIAM, BAKER RANCH AFFORDABLE LP AGENT,

EDITH JOHNSON, BAKER RANCH AFFORDABLE LP AGENT;

BRIANNA BROWN, BAKER RANCH AFFORDABLE LP AGENT;

AMC LLC, PROPERTY MANAGEMENT OF THE ARROYO AT BAKER RANCH;

AMC-CA INC., PROPERTY MANAGEMENT OF THE ARROYO AT BAKER RANCH;

BAKER RANCH AFFORDABLE HOUSING LP;

BAKER RANCH AFFORDABLE HOUSING LLC;

WESTERN COMMUNITY HOUSING INC.;

L+M FUND MANAGEMENT LLC;

L+M BAKER RANCH WORKFORCE HOLDINGS LLC;

L+M BAKER RANCH WORKFORCE MEMBER LLC, ITS SOLE MEMBER;

L+M WHF BAKER RANCH JV MEMBER LLC, ITS SOLE MEMBER;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

L+M WORKFORCE FUND HALDO, LLC, ITS SOLE MEMBER;

L+M WORKFORCE HOUSING FUND REIT MANAGER, LLC, ITS MANAGER;

L+M WORKFORCE HOUSING FUND, LP, ITS SOLE;

L+M WORKFORCE HOUSING FUND GP, LLC, ITS GENERAL PARTNER;

L+M FUND MANAGEMENT LLC, ITS MANAGER;

WCH AFFORDABLE IX, LLC;

SOLARI ENTERPRISES INC.;

META HOUSING CORPORATION;

RED STONE EQUITY PARTNERS LLC;

CRUMMACK HUSEBY PROPERTY MANAGEMENT INC.;

FIRST SERVICE RESIDENTIAL PROPERTY MANAGER, CALIFORNIA;

ZANDI AND ASSOCIATES, LLC;

SEA COUNTRY TOWING AND RECOVERY, INC;

BLUEHOST INC.;

SACHIN PURI, in his official capacity as CEO and director of BLUEHOST INC.;

 LEGALZOOM INC.;

EFF STIBEL, in his official and individual capacity as CEO and director of LEGAMZOOM INC.;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

TODD GLORIA, in his official and individual capacity as Mayor of San Diego;

JOE LA CAVA, in his official and individual capacity as Council President;

KELLY A. MARTINEZ, in her official and individual capacity as Sheriff Coroner of San Diego;

SCOTT WAHL, in his official and individual capacity as Police Department leader;

TORRY PINE GLIDER PORT;

AIR CALIFORNIA ADVENTURE INC.;

ROBIN JOHN MARIEN;

JUNIOR;

UNITED STATES HANG GLIDING AND PARAGLIDING ASSOCIATION, USHPA;

UNITED STATES POWERED PARAGLIDING ASSOCIATION, USPPA;

UNITED STATES PARACHUTE ASSOCIATION, USPA;

NATIONAL AERONAUTICAL ASSOCIATION, NAA;

FÉDÉRATION AÉRONAUTIQUE INTERNATIONALE, FAI;

FEDERAL AVIATION ADMINISTRATION, FAA;

FEDERAL AVIATION ADMINISTRATION SAN DIEGO, FSDO;

FEDERAL AVIATION ADMINISTRATION LONG BEACH , FSDO;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

LEAH CATULLO, PPG PILOT, NAA & USPPA, & FAI;

MARTIN PALMAZ, in his official and individual capacity as former president of USHPA;

CHRIS SANTACROCE, USHPA;

BILL HUGHES, USHPA;

ELENA FILONOVA, FAI;

AMY STEWART, NAA;

GREG PRINCIPATO, NAA & FAI;

DAVID MONKS, FAI;

RECREATION RISK RETENTION GROUP, RRRG;

PROFESSIONAL AIR SPORTS ASSOCIATION, PASA;

ALBERT BERCHTORD, USPA;

MICHAEL E. CINDRICH  #243731;

LAW OFFICES OF MICHAEL E. CINDRICH APC;

STEVEN DAVID SILVERSTEIN #86466;

SILVERSTEIN EVICTION LAW;

MICHAEL PAYMAN KADE #200871;

LAW OFFICES OF MICHAEL P. KADE, APLC;

ERIC ROBERT HEDSTROM #181169;

MATTHEW TAYLOR VELA # 322441;

THE LAW OFFICE OF MATTHEW T. VELA, PC;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

MARK J. MCGOWAN #208554;

THE LAW OFFICES OF MARK J. MCGOWAN;

PAYMON BIDARI #194399;

BIDARI CIVIL DEFENSE, P.C.;

JONATHAN WESLEY BIRDT #183908;

SAYAN ABOUDI # 317292;

LIONSGATE LAW GROUP, APC;

JACOB ORR REBHUN ESQ #245618;

SARAH LEE OVERTON #163810;

CUMMINGS MCCLOREY DAVIS & ACHO;

MATTHEW LAWRENCE GREEN #227904;

BEST BEST & KRIEGER LLP;

S. FRANK HARRELL # 133437;

G. CRAIG SMITH # 265676;

LACEY NICOLE SIPSEY #321297;

KYLE A. SCHIFFMAN # 337513;

LYNBERG & WATKINS, APC;

MITCHELL DAVID DEAN #128926;

GAZZO & ROISTACHER LLP;

MARY SAHAR IZADI #233698;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

KAMBIZ IZADI #216076;

DARREN J WELSH #210431;

ANTOINE DEMARCOS WILLIAMS #255716;

ARASH SEYED ARABI #228813;

MORGAN HALLIE STIEFEL #283489;

RANHEE LEE #330979;

ANTOINE DEMARCOS WILLIAMS #255716;

WILLIAMS AND SEEMAN, ALPC;

MONA DELDAR #231393;

DELDAR LEGAL;

CALIFORNIA COURT, JUDICIAL BRANCH OF CALIFORNIA;

CA COMMISSION ON JUDICIAL PERFORMANCE;

U.S. ATTORNEY PUBLIC CORRUPTION AND CIVIL RIGHTS DEPARTMENT

CA LEGISLATIVE;

CA STATE ASSEMBLY;

CHRIS POON CHAN, in his official and individual capacity as Associate Governmental Program Analyst of the California Department of Fair Employment and Housing;

JAMES CORTES, in his official and individual capacity as the California Department of Fair Employment and Housing, Supervisor;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

TERESA VARGAS-PATTERSON, in his official and individual capacity as Staff Services Manager I, California Civil Rights Department, formerly Department of Fair Employment and Housing;

CALIFORNIA BAR ASSOCIATION;

CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING;

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT;

CA FIRE DEPARTMENT;

DEPARTMENT OF JUSTICE HEADQUARTERS;

CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT, EDD;

NANCY FARIAS, in her official and individual capacity as EDD Director;

QUINN BUNIEL, in his official and individual capacity as EDD Deputy Director of Legislative Affairs;

RON HUGHES, in his official and individual capacity as EDD Deputy Director of EDDNext Modernization;

CAROL D. WILLIAMS, in her official and individual capacity as EDD Chief Deputy Director of Operations;

STATE OF PHARMACY, UNEMPLOYMENT INSURANCE APPEAL BOARD, CUIAB;

MICHAEL ALLEN, in his official and individual capacity as Board Chair, CUIAB;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

LAURA KENT-MONNING, in her official and individual capacity as Vice Chair CUIAB;

MICHAEL ENG, in his official and individual capacity as an employee of CUIAB;

RICHARD D. ROTH, in his official and individual capacity as an employee of CUIAB;

ROBERT WIECKOWSKI, in his official and individual capacity as an employee of CUIAB;

CALIFORNIA SECRETARY OF STATE;

SOPHIA AZAR, in her official and individual capacity as California State Athletic Commission;

PETER VILLEGAS, in his official and individual capacity as Chair of the California State Athletic Commission;

CALIFORNIA STATE ATHLETIC COMMISSION;

DR. VERNON WILLIAMS, in his official and individual capacity as California State Athletic Commission;

DR. ANNMARIA DE MARS, in his official and individual capacity as a Commissioner for the California State Athletic Commission (CSAC);

RONALD FIORE, in his official and individual capacity as California State Athletic Commission;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

CHRIS GRUWELL, in his official and individual capacity as Commissioner of the California State Athletic Commission;

DOUG HENDRICKSON, in his official and individual capacity as Commissioner of the California State Athletic Commission;

SCOTT WETCH, in his official and individual capacity as Commissioner of the California State Athletic Commission;

ANDY FOSTER, in his official and individual capacity as Executive Officer of the California State Athletic Commission;

STATE OF HAWAII;

ROBERT K.S. KIM, in his official and individual capacity as the Presiding Judge of the Third Circuit Court (Hawaii County);

U.S. ATTORNEY AND DISTRICT ATTORNEY OF HAWAII;

CITY AND COUNTY OF HONOLULU;

DAVID MATHEW HERZOG;

LUCY ANNE HERZOG;

FREDERICK BANDACK;

KATHLEEN SANCHEZ COMM # 2206017;

DAMON KEY LEONG KUPCHAK HASTERT;

DOUGLAS C. SMITH;

BEVERLYN SIMINA;

LINDA J. GLADSON-ELFIQHI COMM # 2288757;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

LOGIX FEDERAL CREDIT UNION BANK;

JASON NATELSON, in his official and individual capacity as Vice President, Legal Affairs/Corporate Counsel of Logix Federal Credit Union;

PARVIZ ANSARI;

DIEGO MORENO, in his official and individual capacity as Financial Services Officer, Logix Federal Credit Union;

TRAVIS FOYLE, WEBRATRON;

WEBRATRON, a web developer company;

RAFFI ARMEN BAHADARIAN, in his official and individual capacity as LA Sheriff detective;

ROBERT G. LUNA, in his official and individual capacity as LA Sheriff Department;

LA DISTRICT ATTORNEY;

NATHAN HOTCHMAN, in his official and individual capacity as LA District Attorney Leader;

MICHAEL ALBANESE, in his official and individual capacity as LA Chief, Burbank Police Department;

DOMINIC CHOI, in his official and individual capacity as the LA Chief of Police Department,

SERGEANT ANTHONY VIRZI, in his official and individual capacity as the LA Burbank Police Department, Internal Affairs Bureau;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

DON J. BURT, ID # 13876, in her official and individual capacity as LA Burbank Police Officer;

REALTOR DARLA STUART DRE # 02077162;

PAYAM KADE, PSYCHOLOGIST;

MEHRANGIZ SHAHANIAN;

CYRUS DJAN, AKA MOHAMMADEBRAHIM DARAKHSHANI JAN;

SOLMAZ DERAKHSHANI JAN;

YASHAR DERAKHSHANI JAN;

MANIA SABOUR;

MEHDI SABOUR;

SAHAR POORHASHEMI;

MAHBOUNEH SADAT HASHEMI SHEIKHSHABANI ;

MAHNAZ BAHAELOU;

KAMBAKHSH REZAI;

ESMAIL M. NABI, OWNER OF CASPIAN MEDITERRANEAN KITCHEN;

CASPIAN MEDITERRANEAN KITCHEN;

CHARANIA HOLDINGS LLC;

MARJAN SHAHANIAN;

SAEID DERAKHSHAN HOORAH;

MASHIA GHODS;

MANZAR KIA;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

MANOUCHEHR AMIDNAMIN;

MARZIEH AMIDNAMIN;

SABINA AMIDNAMIN;

DARA KHOSROWSHAHI, in his official and individual capacity as CEO of Uber;

ANNE HWANG, in her official and individual capacity as District Judge;

ANN MARIE MCIFF ALLEN, in her official and individual capacity as District Judge;

DALE A. KIMBALL, in his official and individual capacity as District Judge;

ROBERT J. SHELBY, in his official and individual capacity as District Judge;

DAPHNE A. OBERG, in his official and individual capacity as District Magistrate Judge;

SCOTT W. SKAVDAHL, in his official and individual capacity as District Judge;

JASON SHAW, in his official and individual capacity as Police Sergeant at Clayton Police Department;

CVS HEALTH INC.;

STEVEN C. MONTI, in his official and individual capacity as an employee of CVS Health Inc.;

JASMIN PATEL, in his official and individual capacity as an employee of CVS Health Inc.;

JUDITH RICHTER, in his official and individual capacity as an employee of CVS Health Inc.;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

NOLAN LO, in his official and individual capacity as an employee of CVS Health Inc.;

SEUNG W. OH, PHARM. D., in his official and individual capacity as CA Board of Pharmacy President;

ANNE SODERGREN, in her official and individual capacity as the Executive Officer of the Board of Pharmacy, Department of Consumer Affairs;

KAREN R. DENVIR, in her official and individual capacity as Supervising Deputy Attorney General;

KATELYN E. DOCHERTY, in her official and individual capacity as Deputy Attorney General State Bar No. 322028;

KATHERINE SILL, in her official and individual capacity as Former Inspector of the California State Board of Pharmacy;

ZACHARY A. CUNHA, in his official and individual capacity as U.S. Attorney;

SARA MIRON BLOOM, in her official and individual capacity as Assistant United States Attorney, RI;

KEVIN LOVE HUBBARD, in his official and individual capacity as Assistant United States Attorney, RI;

RACHNA VYAS, in his official and individual capacity as Assistant United States Attorney, RI;

JESSICA D. ABER, in her official and individual capacity as United States Attorney for the Eastern District of Virginia;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

JOHN E. BEERBOWER, in his official and individual capacity as Special Assistant U.S. Attorney, VA;

CLARE E. CONNORS, in her official and individual capacity as United States Attorney for the District of Hawaii ;

SYDNEY SPECTOR, in her official and individual capacity as Special Assistant U.S. Attorneys, HI;

TRACY J. WEINSTEIN, in her official and individual capacity as Special Assistant U.S. Attorneys, HI;

DAMIEN DIGGS, in his official and individual capacity as United States Attorney for the Eastern District of Texas;

ADRIAN GARCIA, in his official and individual capacity as Special Assistant U.S. Attorneys,TX;

JAMES GILLINGHAM, in his official and individual capacity as Special Assistant U.S. Attorneys,TX;

BRIAN M. BOYNTON, in his official and individual capacity as Principal Deputy Assistant Attorney General, D.C.;

BURDEN H. WALKER, in his official and individual capacity as Acting Deputy Assistant Attorney General, Civil Division;

AMANDA N. LISKAMM, in her official and individual capacity as Director;

LISA K. HSIAO, in her official and individual capacity as Senior Deputy Director, Civil Litigation;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

AMY L. DELINE, in her official and individual capacity as Assistant Director;

C.B. BUENTE, in his official and individual capacity as Assistant Director;

DONALD LORENZEN, in his official and individual capacity as Senior Litigation Counsel;

BEN CORNFELD;

AMANDA K. KELLY, in her official and individual capacity as Trial Attorney, United States Department of Justice, Consumer Protection Branch;

MICHAEL GRANSTON, in his official and individual capacity as Deputy Assistant Attorney General;

JAMIE A. YAVELBERG, in his official and individual capacity as Director;

NATALIE A. WAITES, in her official and individual capacity as Assistant Director;

CLAIRE L. NORSETTER; in her official and individual capacity as a Trial Attorney of the Justice Department's Civil Division and Assistant U.S. Attorney;

OSHUA BARON;

MEGAN F. ENGEL, in his official and individual capacity as a Trial Attorneys U.S. Department of Justice;

COMMERCIAL LITIGATION BRANCH, FRAUD SECTION;

WALGREENS CO;

WALGREEN CO;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

WALGREENS PHARMACY;

WALGREEN PHARMACY;

JERRY PIRA, in his official and individual capacity as a Walgreens employee;

VERONICA C., in her official and individual capacity as a Walgreens employee;

SHANIEKE NELSON, in her official and individual capacity as a Walgreens employee;

JOSE MORALES, CA, in his official and individual capacity as an Orange County Superior Court employee;

RICHARD AUGUSTINE, in his official and individual capacity as CA, Orange County Superior Court employee;

SALOUMEH YARAGHCHI;

L.A. MEDICAL BILLING NETWORKS LLC;

Dr. KAMYAR AMINI;

JOHNNY JASON ESCOBAR;

LORI ANNE KIM #245683;

MANUCHEHR KHOSHBIN, AKA MANI KHOSHBIN;

JOHN EUSTERMANN;

AMY NETERER;

HENDRIK VANDERLINDE, in his official and individual capacity as a former Rite Aid employee;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

RITE AID;

FIRST ADVANTAGE;

STERLING CHECK CORPORATION;

FIRST ADVANTAGE CORPORATION;

FIRST ADVANTAGE;

CHAPMAN UNIVERSITY;

JPMORGAN CHASE & CO;

JAMES DIMON, in his official and individual capacity as CEO of JPMorgan Chase & Co;

American Automobile Association, AAA;

GENE JEROME BOEHM, in his official and individual capacity as CEO of American Automobile Association, AAA;

ROCKPOINT FUNDING, LLC;

RAMTIN GHANEEIAN, in his official and individual capacity as Manager of ROCKPOINT FUNDING, LLC;

JOHN KOHAN, in his official and individual capacity as Manager of ROCKPOINT FUNDING, LLC;

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, ICE;

TODD LYONS, in his official and individual capacity as leader of Immigration and Customs Enforcement;

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, DHS;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

SONNY SANTIAGO, in his official and individual capacity as former Community Manager of The Arroyo at Baker Ranch;

STEVE GORDON, in his official and individual capacity as Director of the California Department of Motor Vehicles, DMV;

BENJAMIN YU, in his official and individual capacity as in his official capacity as a Lake Forest City Council Member;

MARK TETTEMER, in his official and individual capacity as former Lake Forest City Mayor and City Council Member;

DOUG CIRBO, in his official capacity as a Lake Forest City Mayor Pro Tem and City Council Member;

SCOTT VOIGTS, in his official and individual capacity as Lake Forest Mayor and City Council Member;

ROBERT PEQUEÑO, in his official and individual capacity as Lake Forest City Mayor;

BENJAMIN YU, in his official and individual capacity as a Lake Forest City employee;

SCOTT VOIGTS, Lake Forest City employee;

MARK TETTEMER, Lake Forest City employee;

DOUG CIRBO, Lake Forest City employee;

ROBERT PEQUEÑO, Lake Forest City employee;

MITCHELL DAVID DEAN #128926;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

DEAN GAZZO ROISTACHER LLP, LAW FIRM;

ALL ATTORNEYS OF DEAN GAZZO ROISTACHER LLP LAW FIRM;

DARIN D. SMITH, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY AS WYOMING U.S. ATTORNEY;

 LACEY NICOLE SIPSEY #321297;

 LYNBERG & WATKINS LAW FIRM;

ALL ATTORNEYS OF LYNBERG & WATKINS LAW FIRM;

ALEJANDRO MAYORKAS, in his official and individual capacity as Attorney and former United States Secretary of Homeland Security;

CALIFORNIA STATE SHERIFFS ASSOCIATION (CSSA);

ERIC ROBERT HEDSTROM #181169;

VIVIANA BECERRA, in her official and individual capacity as Chief of Staff (COS), Communication Department, External Affairs, and Legislative Affairs of the California Department of Justice;

DAMON BROWN, in his official and individual capacity as the Top deputy of the California Department of Justice;

ELEANOR BLUME, in his official and individual capacity as Special Assistant Attorney General of the California Department of Justice;

DANA WILLIAMSON, in his official and individual capacity as a former California Governor's assistant and CA DOJ employee;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

NATHAN BARANKIN, in his official and individual capacity as Chief of Staff and assistant to the California Governor's assistant and a California Department of Justice employee;

PLANET FITNESS INC;

PLA-FIT HOLDINGS LLC;

PFIP LLC;

PLANET FITNESS FRANCHISING LLC;

TALLON FAIR, PLANET FITNESS EMPLOYEE;

COLLEEN KEATING, in his official and individual capacity as CEO of Planet Fitness;

PAUL BARBER, in his official and individual capacity as Chief Information Officer of Planet Fitness;

BILL BODE, in his official and individual capacity as Chief Operating Officer of Planet Fitness;

MCCALL GOSSELIN, in his official and individual capacity as Chief Corporate Affairs Officer of Planet Fitness;

CHIP OHLSSON, in his official and individual capacity as Chief Development Officer of Planet Fitness;

BRIAN POVINELLI, in his official and individual capacity as Chief Marketing Officer of Planet Fitness;

SARAH POWELL, in her official and individual capacity as General Counsel of Planet Fitness;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

JENNIFER SIMMONS, in her official and individual capacity as Chief Strategy Officer of Planet Fitness;

JAY STASZ, in her official and individual capacity as Chief Financial Officer of Planet Fitness;

THE KHOSHBIN CO., INC. (COMMERCIAL REAL ESTATE FIRM);

HUNTINGTON HARBOR PLAZA, LLC;

KHOSHBIN ORANGEWOOD PARTNERS LLC;

KHOSHBIN HILLSIDE LLC AND THE KHOSHBIN TOWER, LP;

BRIAN BARDIA ETEMAD #226520;

BRIAN ETEMAD;

FRED W. SLAUGHTER, in his official and individual capacity as a judge;

MONICA RAMIREZ ALMADANI, in her official and individual capacity as a judge;

TRACY ANN MILLER #185166, in her official and individual capacity as a former CA Orange County Assistant District Attorney

BIJAN DARVISH (SBN 308793);

LAW OFFICE OF BIJAN DARVISH;

JOHN D. BARNETT (SBN 56509);

LAW OFFICE OF JOHN D. BARNETT;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

THE RIVERSIDE SHERIFF'S CHARITIES, INC.;

NICHOLE WILKINSON, in her official and individual capacity as CFO of THE RIVERSIDE SHERIFF'S CHARITIES, INC.;

RUTH ANDREWS, in his official and individual capacity as Secretary of THE RIVERSIDE SHERIFF'S CHARITIES, INC.;

CHAD BIANCO, in his official and individual capacity as CEO of THE RIVERSIDE SHERIFF'S CHARITIES, INC..;

ROSE PERKINS, in her official and individual capacity as former CFO of THE RIVERSIDE SHERIFF'S CHARITIES, INC.;

MUNA BUSAILAH, in her official and individual capacity  related to the THE RIVERSIDE SHERIFF'S CHARITIES, INC.;

 MUNA BUSAILAH #166328, Attorney THE RIVERSIDE SHERIFF'S CHARITIES, INC.;

 STONE BUSAILAH LLP;

DENISE BIANCO, wife of Riverside County Sheriff-Coroner Chad Bianco;

RICHARD ALLEN GRENELL, in his official and individual capacity as Special Presidential Envoy for Special Missions of the United States;

MARCO ANTONIO RUBIO, in his official and individual capacity as United States Secretary of State;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

TODD WALLACE BLANCHE, in his official and individual capacity as United States Deputy Attorney General;

MARKWAYNE MULLIN, in his official and individual capacity as U.S. Senator for Oklahoma;

ELON REEVE MUSK, in his official and individual capacity as CEO of Tesla, CEO/CTO of SpaceX, and owner of X;

STEVE GORDON, aka STEVEN P. GORDON, in his official and individual capacity as Director of the California Department of Motor Vehicles (DMV);

EDWARD D. SWENSON, in his official and individual capacity as the Chief Deputy Director of the California Department of Motor Vehicles (DMV);

AJAY GUPTA, in his official and individual capacity as Chief Digital Transformation Officer of the California Department of Motor Vehicles (DMV);

JUAN FRANCISCO CORNEJO, in his official and individual capacity as Chief Counsel and Deputy Director of the Legal Affairs Division of the California Department of Motor Vehicles (DMV);

ROBERT CROCKETT, in his official and individual capacity as the department's Administrative Services Deputy Director of the California Department of Motor Vehicles (DMV);

LANCE EVERETT, in his official and individual capacity as First Chief Data Officer of the California Department of Motor Vehicles (DMV);

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

SONIA HUESTIS, in her official and individual capacity as Deputy Director of the Customer Services Division of the California Department of Motor Vehicles (DMV);

CHRISTINA MICHEL, in her official and individual capacity as Chief of Investigations/Deputy Director of the California Department of Motor Vehicles (DMV);

PRASHANT MITTAL, in his official and individual capacity as Chief Information Officer of the California Department of Motor Vehicles (DMV);

CARLOS SOLIS, in his official and individual capacity as Field Operations Deputy Director of the California Department of Motor Vehicles (DMV);

BERNARD C. SORIANO, in his official and individual capacity as Policy Deputy Director of the California Department of Motor Vehicles (DMV);

EVA SPIEGEL, in her official and individual capacity as Deputy Director of Communications/Public Affairs of the California Department of Motor Vehicles (DMV);

BARRY STEINHART, in his official and individual capacity as Deputy Director of Legislative Affairs of the California Department of Motor Vehicles (DMV);

SERENITY THOMPSON, in his official and individual capacity as Deputy Director of Digital Services of the California Department of Motor Vehicles (DMV);

TRINA WASHINGTON, in her official and individual capacity as Deputy Director of Operations of the California Department of Motor Vehicles (DMV);

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

MATTHEW J. PARLOW, in his official and individual capacity as President of Chapman University;

DANIELE C. STRUPPA, in his official and individual capacity as Former President of Chapman University;

RONALD P. JORDAN, in his official and individual capacity as Founding Dean of the Chapman University School of Pharmacy (CUSP);

DINA EL-TAWANSY, in his official and individual capacity as Director of the California Department of Transportation (Caltrans);

SEAN PATRICK DUFFY, in his official and individual capacity as United States Secretary of Transportation;

RICARDO LARA, in his official and individual capacity as Insurance Commissioner for the California Department of Insurance;

STEWART KNOX, in his official and individual capacity as the Secretary of the California Labor & Workforce Development Agency (LWDA);

LORI CHAVEZ-DEREMER, in his official and individual capacity as the United States Secretary of Labor;

YOUNG KIM, in her official and individual capacity as U.S. Representative for California;

GOVERNMENT OF CANADA;

DEPARTMENT OF JUSTICE CANADA;

CANADA BORDER SERVICES AGENCY;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

CANADIAN SECURITY INTELLIGENCE SERVICE;

PUBLIC SAFETY CANADA;

SUPREME COURT OF CANADA (SCC);

GLOBAL AFFAIRS CANADA;

FEDERAL COURT OF CANADA;

UNITED STATES CONGRESS;

UNITED STATES CONGRESS MEMBERS SINCE 2023;

UNITED STATES SENATE;

UNITED STATES SENATE MEMBERS SINCE 2023;

META PLATFORMS, INC., FACEBOOK, INSTAGRAM;

MARK ZUCKERBERG, in his official and individual capacity as CEO of Meta Platforms, Inc.;

TERRI FLYNN-PEISTER, in her official and individual capacity as Assistant Presiding Judge;

MINDY SHERWOOD, in her official and individual capacity as Permits Section Head of the County of Los Angeles Department of Beaches and Harbors;

Association of National Olympic Committees (ANOC);

National Olympic Committees (NOCs);

International Olympic Committee (IOC);

United States Olympic & Paralympic Committee (USOPC);

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

KIRSTY COVENTRY, in her official and individual capacity as President of the International Olympic Committee (IOC);

GENE SYKES, in his official and individual capacity as the Chair/President of the board of USOPC;

SARAH HIRSHLAND, in her official and individual capacity as the CEO of USOPC;

ROBIN MITCHELL (Fiji), in his official and individual capacity as President of the Association of National Olympic Committees (ANOC);

CASEY WASSERMAN, in his official and individual capacity as The LA28 Chairperson.

GREGORY A. PHILLIPS, in his official and individual capacity as Judge, U.S. Court of Appeals for the Tenth Circuit;

PAUL J. KELLY, JR, in his official and individual capacity as Judge, U.S. Court of Appeals for the Tenth Circuit;

RICHARD E. N. FEDERICO, in his official and individual capacity as Judge, U.S. Court of Appeals for the Tenth Circuit;

JACK CLARK, Admin of the Paramotor page on Facebook;

NIMA SOLEIMANY;

GREGG ALLEN PHILLIPS, in his official and individual capacity as head of the Office of Response and Recovery in the Federal Emergency Management Agency (FEMA);

Federal Emergency Management Agency (FEMA).

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

MARCO ANTONIO RUBIO, in his official and individual capacity as the United States Secretary of State.

THIS LAWSUIT IS WRITTEN IN 94 PAGES AND 16,454 WORDS.

# I. JURISDICTION

1. This Court has jurisdiction under **28 U.S.C. § 1331** and **28 U.S.C. § 1332**.

This action arises under federal law, including **18 U.S.C. §§ 1961-1968,** violations of the Plaintiff's rights under the **First, Fourth, Fifth, and Fourteenth Amendments to the United States Constitution**, including, but not limited to, the unalienable rights of life, liberty, pursuit of happiness, peace, safety, security, due process, and equal protection of the law.

2. Plaintiff references various federal criminal statutes **solely to initiate criminal prosecution**, **establish unlawful conduct, context for constitutional, criminal, and civil liability, irreparable harm, and the need for injunctive relief**, including but not limited to:

- **Fed. R. Civ. P. 65;**
- **42 U.S.C. §§ 1983, 1985, 1986, and 12101**
- **15 U.S.C. §§ 1, 2;**
- **18 U.S.C. §§ 3, 4, 241, 242, 371, 666, 872, 875, 1001, 1028, 1341, 1343, 1503, 1505, 1512, 1519, 1621, 1623 1951,  1961–1968**, **and 2071,**
- **31 U.S.C. § 1301;**
- **28 U.S.C. §§ 535, 454, 1343(a)(3) and (4), 2201–2202;**
- **11 U.S.C. § 548;**

- **5 U.S.C. § 552;**

- **36 U.S.C. §§ 220501–220529;**

- **34 U.S.C. § 20341 et seq.;**

- **42 U.S.C. § 12101 et seq. ;**

- **And many more.**

All other violations of statutory law, the United States Constitution, due process, civil rights, and other applicable laws will be presented in detail during the case process.

3. This Court has authority to grant declaratory and injunctive relief pursuant to **28 U.S.C. §§ 2201–2202** and **Fed. R. Civ. P. 65, and § 535** for Investigation of crimes involving Government officers and employees.

## II. VENUE

4. Venue is proper pursuant to **28 U.S.C. § 1391** because the events giving rise to this complaint occurred within this district.

## III. INTRODUCTION

5. The nature of this lawsuit is a **serious criminal-related action under the RICO Act**, involving significant crimes and systematic corruption by government officials, affiliated individuals, and organized crime and groups operating within government and private sectors.

6. Plaintiff is unable to file a direct criminal case under federal procedural rules, which reflects a defective judicial system that allows corrupt and criminal government officials to commit crimes and wrongdoing, and to violate and deprive others of their constitutional and statutory rights. But if the people can

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

file a criminal case directly, then the majority of violators won't commit crimes fearlessly.

7. However, upon completion of investigations, searches, and enforcement actions by appropriate authorities, including Congress, the United States Department of Justice, Federal Bureau of Investigation, United States Marshals Service, Department of Homeland Security, U.S. Immigration and Customs Enforcement, and other federal agencies, this matter proceeded as a criminal case due to numerous crimes and violations that occurred.

8. This is a highly sensitive case. Plaintiff states that no attorney, court employee, or judge should take substantive action regarding the criminal aspects of this matter before the appropriate federal authorities complete their investigations. However, the Court must initiate the case without delay or unnecessary proceedings and must notify the relevant federal agencies to begin their responsibilities in this matter.

9. This case does not require prior approval. The U.S. Government and high-ranking officials are defendants in this case, and they will not approve it because doing so would expose their crimes. Many rules and regulations have been created in a way that supports crime and protects criminals. For example, former and current leaders of the U.S. Attorney's Office and other employees who have committed serious federal crimes could face up to 20 years in prison, yet such cases are not approved and are instead subject to dismissal requests, as occurred in the previous case. There are certain forms and rules within the defective judicial system of the United States that appear to be designed in a way that enables corrupt individuals and groups to exploit legal processes to commit wrongdoing and violate citizens' rights.

10. This case involves systemic corruption connected to government entities, corporations, individuals, and mafia members. It includes, but is not limited to:

- Fraud, forgery, and retaliation

- Organized crime and racketeering activity, RICO

- Real estate fraud, loan fraud, and banking fraud

- Tax fraud, insurance fraud, and identity theft

- Cybercrime and human smuggling-related fraud

- Pharmaceutical-related corruption

- Law enforcement misconduct

- Drug trafficking and firearm-related violations

- Immigration and citizenship fraud

- Government benefits fraud (including DMV and EDD-related misconduct)

- White-collar and organized crimes

- Obstruction of justice, defamation, and abuse of process

- Violations of statutory, civil, and constitutional rights

- and many other related criminal and unlawful activities.

## A. SPECIAL NOTICE REGARDING NATURE OF THIS PLEADING

11. **This complaint and its pleading are submitted solely for the purpose of opening a RICO Act lawsuit with a criminal nature.**

This pleading does not include the full RICO pattern, statement of facts, claims or causes of action, requests for relief, details of crimes for each defendant or in concert, and many other required sections typically included in a complaint.

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

This omission is intentional and necessary to protect the Plaintiff's safety and security, as well as evidence, witnesses, and documents, and it is not a failure or inability. Accordingly, the Plaintiff informed the court and other parties that they cannot rely on this basic defense action, which does not apply to this sensitive RICO Act lawsuit with a criminal nature.

Therefore, defense attorneys, defendants, and even the U.S. Attorney cannot attack this complaint using standard defenses applicable to ordinary civil cases, such as filing a demurrer or motion to strike or dismiss based on alleged lack of detail, to escape prosecution and trial. **This case has a criminal nature with evidence and documents.**

The Plaintiff must not provide details of crimes, fraud, corruption, or any advance notice that would allow defendants, criminals, and violators to clean up evidence, manipulate records, transfer their assets, or flee.

**Defendants do not know what evidence and documentation the Plaintiff possesses. The United States of America Government, the leaders of the U.S. Government, government officials at lower levels, and individuals and entities related to the U.S. Government by their crimes are defendants in this complaint. If they know what documents and evidence are in the plaintiff's possession, they will kill her, as the defendants threatened to kill her if she didn't drop all of her previous complaints.**

Plaintiff is not worried about her death because more than a thousand persons have all the evidence and documents around the world who can continue these lawsuits till justice is upheld and criminals and defendants are prosecuted.

All details of the RICO pattern and this complaint are **confidential and highly sensitive** and will be shared only with investigators and honest prosecutors who

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

are committed to justice and law to start their duties on the investigation, not to spy on my documents and evidence. After those agencies complete their investigations and necessary procedures, the information can then be disclosed to defendants so they may defend themselves if they are able.

The normal Federal Rules of Procedure won't apply in this case because the crimes occurred in this RICO Act case over many years by defendants, RICO, and mafia members.

Plaintiff provides this explanation to the Court because, over the past three years, Plaintiff has been a victim and target of organized crimes, RICO, and mafia-related actors who have demonstrated bad faith and have used unqualified and corrupt attorneys to file improper demurrers in matters involving serious criminal conduct, and they are doing any violation at any cost to dismiss this case illegaly as they did previously.

**EXAMPLE FOR CLARITY:**

When the Federal Bureau of Investigation (FBI) investigates and arrests a criminal suspect, it does not inform the suspect in advance of the evidence it has collected. It does not disclose the scope of its investigation or reveal its strategy because doing so would allow the suspect to destroy evidence and evade justice.

Instead, investigators gather information confidentially and act at the appropriate time.

**The same principle applies here.**

**B. RULE 8 AND PLEADING STANDARD CLARIFICATION**

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

12. Accordingly, in this RICO case with a criminal nature, a detailed RICO pattern, claims, and criminal acts will be provided at the appropriate time to investigators and federal authorities, but not at this stage.

Plaintiff respectfully requests that the Court **not dismiss this case under** Federal Rule of Civil Procedure 8 based on the argument that a complaint must contain sufficient factual matter to state a plausible claim. There are more than enough statements of facts that make the claim or cause of actions crystal clear, along with evidence and documents, and let the guilty defendants face jail for up to 20 years and be prosecuted by law. The defendants completely know what they have done, and that is why they are doing everything, such as sending life threatening messages to threats to drop the lawsuits unless kill plaintiff, and illegally to dismiss a criminal case to not face with plaitiff in the hearings and trials because they cannot even defend themselves, and all they can do is illegally lobby with judicial mafia to dismiss the case for nonsensical reasons in cases with criminal natures.

## C. ADDITIONAL CLARIFICATION REGARDING SUFFICIENCY OF CLAIMS

13. Plaintiff emphasizes that the Court should not dismiss or undermine this case under Rule 8 by applying the standard that a complaint must contain sufficient factual matter to state a plausible claim on its face.

Plaintiff possesses **more than sufficient facts and evidence** that could result in criminal prosecution of the defendants, including penalties of up to 20 years or more under applicable federal law.

However, Plaintiff cannot disclose detailed claims, evidence, and factual allegations at this stage because doing so would enable defendants—many of

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

whom are allegedly connected to government systems—to manipulate, delete, or fabricate evidence.

Investigators, prosecutors, and federal agencies must first be given access to this information in a secure and controlled manner.

## D.  GROUP PLEADING AND SCALE OF DEFENDANTS

14. Plaintiff's complaint involves **hundreds of defendants**, potentially approaching 600 individuals and entities involved in systemic corruption, conspiracies, fraud, and violations of the **Racketeer Influenced and Corrupt Organizations Act**.

At this stage, it is both reasonable and necessary to group defendants together for the protection of the Plaintiff and the integrity of the case.

Plaintiff possesses substantial and credible evidence supporting these allegations, which will be presented at the appropriate time.

## E.  INTENTIONAL LIMITATION OF DETAILS

15. Plaintiff is **intentionally not stating detailed claims** in this pleading.

This is not a failure—it is a deliberate and necessary action taken to:

- Protect evidence and witnesses
- Prevent obstruction of justice
- Preserve the integrity of the investigation
- Ensure due process for all parties

Accordingly, defendants cannot legitimately move to dismiss this case based on allegations that Plaintiff failed to state a claim or did not provide sufficient detail.

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

This complaint is filed to formally **initiate the RICO action**, and full details, claims, and evidence will be provided after appropriate federal involvement.

# IV. PARTIES

**Plaintiff:**

1. SANAZ DERAKHSHANI JAN;

**Defendants:**

2. UNITED STATES OF AMERICA GOVERNMENT;

3. DONALD JOHN TRUMP, in his official and individual capacity as the President of the United States;

4. JAMES DAVID VANCE, in his official and individual capacity as the Vice President of the United States;

5. MELANIA TRUMP, in her official and individual capacity as First Lady of the United States;

6. KAROLINE CLAIRE LEAVITT, in her official and individual capacity as White House Press Secretary;

7. LARA LEA TRUMP (YUNASKA), in her official and individual capacity as an American Politician;

8. ERIC TRUMP, in his official and individual capacity as Donald Trump's son;

9. PAMELA JO BONDI, in her official and individual capacity as the U.S. Attorney General;

10. MERRICK BRIAN GARLAND, in his official and individual capacity as a former U.S. Attorney and head of the Department of Justice;

11. KASHYAP PRAMOD PATEL, in his official and individual capacity as the Director of the Federal Bureau of Investigation, FBI;

12. KAMALA DEVI HARRIS, in her official and individual capacity as an Attorney and former Vice President of the United States;

13. JOSEPH ROBINETTE BIDEN, JR, in his official and individual capacity as the President of the United States;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

14. GAVIN CHRISTOPHER NEWSOM, in his official and individual capacity as the Governor of California;

15. ARNOLD ALOIS SCHWARZENEGGER, in his official and individual capacity as Actor and former Governor of California;

16. KRISTEN CLARKE, in her official and individual capacity as a former Assistant Attorney General for Civil Rights at the U.S. Department of Justice;

17. ROBERT ANDRES BONTA, in his official and individual capacity as the Attorney General of California;

18. ADAM BENNETT SCHIFF, in his official and individual capacity as a United States Senator;

19. ALEJANDRO "ALEX" PADILLA, in his official and individual capacity as a United States Senator;

20. BILAL ALI ESSAYLI, in his official and individual capacity as First Assistant of U.S. Attorney for the Central District of California;

21. BILL ESSAYLI, in his official and individual capacity as First Assistant of U.S. Attorney for the Central District of California;

22. ESSAYLI & BROWN, LLP;

23. TODD WALLACE BLANCHE, in his official and individual capacity as Deputy Attorney General;

24. DAVID M. HARRIS, in his official and individual capacity as Assistant United States Attorney, Chief, Civil Division;

25. DANIEL A. BECK, in his official and individual capacity as Assistant United States Attorney, Chief, Complex and Defensive Litigation Section;

26. JOSEPH MANUEL BRIONES (Cal. Bar No. 303190), in his official and individual capacity as Assistant United States Attorney;

27. KEVIN RICHARD KISH, in his official and individual capacity as director of the Civil Department of Fair Employment and Housing;

28. JAMES BRIEN COMEY Jr., in his official and individual capacity as former director of the FBI;

29. CHRISTOPHER ASHER WRAY, in his official and individual capacity as director of the FBI;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

30. ALEJANDRO NICHOLAS MAYORKAS, in his official and individual capacity as former U.S. Secretary of Homeland Security;

31. UR MENDOZA JADDOU, in her official and individual capacity as former Director of U.S. Citizenship and Immigration Services (USCIS);

32. JOSEPH BENJAMIN EDLOW, in his official and individual capacity as Director of U.S. Citizenship and Immigration Services (USCIS);

33. KRISTI LYNN ARNOLD NOEM, in her official and individual capacity as the U.S. Secretary of Homeland Security;

34. RONALD L. DAVIS, in his official and individual capacity as Former Director of the U.S. Marshals Service;

35. GADYACES S. SERRALTA, in his official and individual capacity as Director of the U.S. Marshals Service;

36. DIANE B. DIXON, in her official and individual capacity as a member of the CA State Assembly;

37. GREG WALLIS, in his official and individual capacity as a member of the CA State Assembly;

38. CECILIA AGUIAR-CURRY, in her official and individual capacity as CA Assembly leader;

39. ROBERT GARCIA, in his official and individual capacity as CA Assembly Assistant leader;

40. ROBERT RIVAS, in his official and individual capacity as CA Assembly Speaker;

41. MATTHEW ZANDI, in his official and individual capacity as a former CA Orange County District Attorney deputy, current Chief of Staff and Senior Counsel to the U.S. DOJ Civil Rights Division, and Current official Government employee position;

42. JAMES FLORY HODGKINS, in his official and individual capacity as commissioner;

43. JOHN MICHAEL TOMBERLIN, in his official and individual capacity as judge;

44. KIRA LEE KLATCHKO, in her official and individual capacity as judge;

45. MANUEL BUSTAMANTE, in his official and individual capacity as a judge;

46. MICHAEL C. MARTIN, in his official and individual capacity as judge;

47. JUDITH C. CLARK, in her official and individual capacity as former CA Riverside County Presiding Judge;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

48. JACQUELIN C. JACKSON, in her official and individual capacity as CA Riverside County Presiding Judge;

49. MARIE E. WOOD, in his official and individual capacity as Judge;

50. MATTHEW PERANTONI, in his official and individual capacity as Judge;

51. MARK E. SINGERTON, in his official and individual capacity as Judge;

52. KIM CHUNK, in her official and individual capacity as former CA Palm Springs Courthouse supervisor;

53. Current California Superior Court Palm Springs Courthouse supervisor;

54. California Superior Palm Springs Courthouse executive officers/clerk;

55. MARIA D. HERNANDEZ, in her official and individual capacity as former Presiding Judge of the Orange County Superior Court;

56. SHEILA F. HANSON, in her official and individual capacity as the Presiding Judge of the Superior Court of Orange County, California;

57. DOLLY M. GEE, in her official and individual capacity as a Judge;

58. DOUGLAS F. MCCORMICK, in his official and individual capacity as Judge of the Central District Court of California;

59. STANLEY BLUMENFELD, JR, in his official and individual capacity as a Judge;

60. STEVE KIM, in his official and individual capacity as a Judge;

61. JOANNE MOTOIKE, in his official and individual capacity as a Judge;

62. THOMAS A. DELANEY, in his official and individual capacity as a Judge;

63. NATHAN SCOTT, in his official and individual capacity as a Judge;

64. CHERI THI PHAM, in her official and individual capacity as a Judge;

65. MICHAEL EDWARD PEREZ, in his official and individual capacity as a Judge;

66. JULIE A. PALAFOX, in her official and individual capacity as a Judge;

67. COREY S. CRAMIN, in his official and individual capacity as a Judge;

68. ANDRE MANSSOURIAN, in his official and individual capacity as a Judge;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

69. JULIANNE S. BANCROFT, in her official and individual capacity as a Judge;

70. SHAINA H. COLOVER, in her official and individual capacity as a Judge;

71. DAVID J. HESSELTINE, in his official and individual capacity as a Judge;

72. JONATHAN FISH, in his official and individual capacity as a Judge;

73. DONALD F. GAFFNEY, in his official and individual capacity as a Judge;

74. DEBORAH C. SERVINO, in her official and individual capacity as a Judge;

75. ERICK L. LARSH, in his official and individual capacity as a Judge;

76. CRAIG GRIFFIN, in his official and individual capacity as a Judge;

77. SHAWN NELSON, in his official and individual capacity as a Judge;

78. MICHAEL J. STRICKROTH, in his official and individual capacity as a Judge;

79. THOMAS S. MCCONVILLE, in his official and individual capacity as a Judge;

80. ERIC J. WERSCHING, in his official and individual capacity as a Judge;

81. STEPHEN TODD HICKLIN, in his official and individual capacity as Judge of the Superior Court of California, County of Orange;

82. LAWRENCE P. RIFF, in his official and individual capacity as Supervising Judge of Civil Courts in the Los Angeles Superior Court, Stanley Mosk Courthouse;

83. OTIS D. WRIGHT, II, in his official and individual capacity as Judge of the Central District Court of California;

84. STEPHEN V. WILSON, in his official and individual capacity as Judge of the Central District Court of California;

85. JOHN W. HOLCOMB, in his official and individual capacity as Judge of the Central District Court of California;

86. JOHN D. EARLY, in his official and individual capacity as Magistrate Judge of the Central District Court of California;

87. JAMES V. SELNA, in his official and individual capacity as Judge of the Central District Court of California;

88. MONICA RAMIREZ ALMADANI, in her official and individual capacity as Judge of the Central District Court of California;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

89. FRED W. SLAUGHTER, in his official and individual capacity as Judge of the Central District Court of California;

90. DAVID O. CARTER, in his official and individual capacity as Judge of the Central District Court of California;

91. RICHARD AUGUSTINE, in his official and individual capacity as CA, Orange County Superior Court, Central Justice Center, Clerk's Office supervisor;

92. JOSE MORALES, in his official and individual capacity as CA, Orange County Superior Court, Central Justice Center, Clerk's Office employee;

93. BRADLEY LOPEZ, in his official and individual capacity as the California Superior Executive Office Receptionist;

94. CA Riverside County District Attorney;

95. CA Riverside County FBI;

96. COLIN D. KIRKPATRICK, in his official and individual capacity as City Attorney of Rancho Mirage;

97. STEVE DOWNS, in his official and individual capacity as the former City Mayor of Rancho Mirage;

98. LYNN MALLOTTO, in her official and individual capacity as City Mayor of Rancho Mirage;

99. KENNETH STANTON CALVERT, in his official and individual capacity as the CA Congressman;

100. RAUL RUIZ, in his official and individual capacity as the CA Congressman;

101. CA County of Riverside;

102. JOSE MEDINA, in his official and individual capacity as the Supervisor - First District, Board of Supervisors, County of Riverside, California;

103. KAREN SPIEGEL, in her official and individual capacity as the Supervisor - Second District, Board of Supervisors, County of Riverside, California;

104. CHUCK WASHINGTON, in his official and individual capacity as the Supervisor - Third District, Board of Supervisors, County of Riverside, California;

105. V. MANUEL PEREZ, in his official and individual capacity as the Supervisor - Fourth District, Board of Supervisors, County of Riverside, California;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

106. YXSTIAN GUTIERREZ, in his official and individual capacity as the Supervisor - Fifth District, Board of Supervisors, County of Riverside, California;

107. CA Riverside County District Attorney Real Estate Fraud Unit;

108. MICHAEL A. HESTRIN, in his official and individual capacity as CA Riverside District Attorney director;

109. ISRA SHAH, in an official capacity as CA Palm Desert City Attorney;

110. JAN HARNIK, in her official and individual capacity as former CA Palm Desert City Mayor;

111. EVAN TRUBEE, in his official and individual capacity as CA Palm Desert City Mayor;

112. KARINA QUINTANILLA, in her official and individual capacity as a Council Member;

113. JOE PRADETTO, in her official and individual capacity as a Council Member;

114. GINA NESTANDE, in her official and individual capacity as a Council Member;

115. CA Riverside Board of Supervisors;

116. MANUEL PEREZ, in his official and individual capacity as CA Riverside District 4 supervisor;

117. CHAD BIANCO, in his official and individual capacity as Sheriff-Coroner-Public Administrator of Riverside County, California;

118. DONALD SHARP, in his official and individual capacity as Undersheriff of Riverside County, California;

119. DANCE S. DONALD SHARP, in his official and individual capacity as Undersheriff of Riverside County, California;

120. California Cathedral City Police Department;

121. LARRY V. GONZALEZ, in his official and individual capacity as Riverside Police Chief officer;

122. California Palm Springs Police Department;

123. DELOSS, in his official and individual capacity as supervisor at the CA Palm Desert Sheriff Department;

124. CIENEGA, in his official and individual capacity as Palm Desert Sheriff Deputy;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

125. BURDEN, in his official and individual capacity as Palm Desert Sheriff Deputy;

126. REYNOLDS, in his official and individual capacity as Palm Desert Sheriff Deputy;

127. PRIETO, in his official and individual capacity as Palm Desert Sheriff Deputy;

128. JASON MCFEDDAN, in his official and individual capacity as Riverside supervisor sergeant, Lieutenant;

129. Palm Desert Oasis County Club;

130. The Mission Hills County Club;

131. The Management Trust Mission Hills County Club;

132. Allied Universal Security Service, Palm Desert;

133. LINDA LEE HURD;

134. LINDA HURDA;

135. LINDA WALLANCE HURD;

136. LINDA BERGAN HURD;

137. LINDA HWID;

138. LINDA HURD;

139. PHIL SMITH;

140. CHAD WEST;

141. CREATIVE RECOVERY CONCEPTS, INC.;

142. ISAIAH VILLARREAL;

143. CHRISTOPHER CARDI;

144. PETER MCKERNAN;

145. THE MCKERNAN GROUP REALTY;

146. DANIEL STAMPS;

147. KEVIN VERT;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

148. KEVIN JEFFREY VERT;

149. JOSHUA CHRISTOPHER VERT;

150. VISTA COMMUNITY CLINIC;

151. DEBORAH ELAINE VERT;

152. CHRISTINA MARIE VERT;

153. JENSON LYNNE;

154. LYNNE JENSON;

155. PHILIP HOOD;

156. PAT HUFFMAN;

157. FRANCES W. GREENSPAN;

158. TORI THOMAS, in her official and individual capacity as MHRC Board President;

159. The Management Trust Mission Hills County Club HOA;

160. ROSEMARY, Allied Universal Security Service Mission Hills County Club Rancho Mirage, Manager;

161. CA Orange County District Attorney's real estate fraud unit;

162. WARREN BUFFETT, in his official and individual capacity as Chairperson of Berkshire Hathaway Inc.;

163. THE BERKSHIRE HATHAWAY HOMESERVICES;

164. HOMESERVICES OF AMERICA;

165. BERKSHIRE HATHAWAY ENERGY;

166. RONALD KERSHAW;

167. LISA M. ROGAN, in her official and individual capacity as San Bernardino Presiding Judge;

168. SAN BERNARDINO FIRE DEPARTMENT;

169. COUNTY OF SAN BERNARDINO;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

170. SAN BERNARDINO DISTRICT ATTORNEY;

171. SAN BERNARDINO SHERIFF DEPARTMENT;

172. SAN BERNARDINO POLICE DEPARTMENT;

173. TODD ALLAN SPITZER, in his official and individual capacity as CA Orange County District Attorney;

174. MICHEELLE AGUIRRE, in her official and individual capacity as the CA Orange County Executive Officer (CEO);

175. CA ORANGE COUNTY BOARD OF SUPERVISORS;

176. DONALD P. WAGNER, in his official and individual capacity as the CA Orange County Board of Supervisors;

177. JENNIFER WAIER, in her official and individual capacity as the Deputy Chief in the Orange County office of the U.S. Attorney's Office for the Central District of California;

178. Mark P. Takla, in his official and individual capacity as an Assistant United States Attorney (AUSA) based in Santa Ana, California;

179. MARK TAKLA #218111;

180. CA ORANGE COUNTY FBI;

181. CALIFORNIA ORANGE COUNTY, DEPARTMENT OF MOTOR VEHICLES, DMV;

182. COUNTY OF ORANGE;

183. CA ORANGE COUNTY SOCIAL SECURITY OFFICE;

184. CA ORANGE COUNTY PARKS;

185. STACY BLACKWOOD, in her official and individual capacity as executive and director/ manager of the CA OC Parks government agency;

186. KEVIN MCKEOWN, in his official and individual capacity as supervisor of CA OC park rangers;

187. CA ORANGE COUNTY O'NEILL REGIONAL PARK;

188. CA LAKE FOREST CITY / EL TORO CITY U.S. POST OFFICE;

189. U.S. SOCIAL SECURITY OFFICE HEADQUARTERS;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

190. DMV HEADQUARTERS;

191. JANET NGUYEN, in her official and individual capacity as the Supervisor - First District, Board of Supervisors, County of Orange, California;

192. VICENTE SARMIENTO, in his official and individual capacity as the Supervisor - Second District, Board of Supervisors, County of Orange, California;

193. DONALD P. WAGNER, in his official and individual capacity as the Supervisor - Third District, Board of Supervisors, County of Orange, California;

194. DOUG CHAFFEE, in his official and individual capacity as the Chairman - Fourth District, Board of Supervisors, County of Orange, California;

195. KATRINA ANNE FOLEY, in her official and individual capacity as the Vice Chair - Fifth District, Board of Supervisors, County of Orange, California;

196. DIANE BROOKS DIXON, in her official and individual capacity as Member of the California State Assembly, 72nd State Assembly District;

197. ANDREW HOANG DO, in his official and individual capacity as a former OC Board of Supervisors member;

198. DONALD D. BARNES, in his official and individual capacity as Sheriff-Coroner of Orange County, California;

199. DON BARNES, in his official and individual capacity as Sheriff-Coroner of Orange County, California;

200. DONALD BARNES, in his official and individual capacity as Sheriff-Coroner of Orange County, California;

201. JEFF HALLOCK, in his official and individual capacity as Undersheriff of Orange County, California;

202. LAKE FOREST SHERIFF DEPARTMENT, SADDLEBACK SUBSTATION;

203. GOTTS, G # 8699, in his official and individual capacity as CA OC Sheriff Deputy;

204. HUYNH, V # 11071, in his official and individual capacity as CA OC Sheriff Deputy;

205. MUIR, T # 10371, in her official and individual capacity as CA OC Sheriff Deputy;

206. JEFF CALLAHAN, in his official and individual capacity as CA Orange County Administrative Sergeant;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

207. DAVID PULTZ, in his official and individual capacity as CA OC Lake Forest sheriff department Captain;

208. P. FORD, Badge #7796, in his official and individual capacity as Sheriff Baillif in the Lamoreaux Justice Center Dep L11;

209. CA OC Sheriff Deputy Zelaya # 9051;

210. SHAHLA ZANDI;

211. SHALA ZANDI;

212. TECI MAYO, in her official and individual capacity as Senior Regional Manager at Solari Enterprises, Inc.;

213. KNAKALIA RICHARD, in her official and individual capacity as former community manager at Arroyo at Baker Ranch;

214. Arash Moslehi;

215. Dr. HAMID ESKANDARI;

216. NGUYEN, in his official and individual capacity as CA Lake Forest / El Toro U.S. Post Office manager,

217. EBEN ELLERSTON, in his official and individual capacity as L+M Baker Ranch Workforce Holdings LLC manager;

218. GRAHAM ESPLEY-JONES, in his official and individual capacity as WCH Affordable IX, LLC president;

219. BEHTASH AHADI;

220. BEHTASH KHALIDA;

221. JOHN HUSKEY, in his official and individual capacity as Baker Ranch Affordable Housing LLC manager;

222. CARLOS VEGA, in his official and individual capacity as Former Assistant Manager of the Arroyo at Baker Ranch,

223. ARROYO AT BAKER RANCH APARTMENTS;

224. WILLIAM, BAKER RANCH AFFORDABLE LP AGENT,

225. EDITH JOHNSON, BAKER RANCH AFFORDABLE LP AGENT;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

226. BRIANNA BROWN, BAKER RANCH AFFORDABLE LP AGENT;

227. AMC LLC, PROPERTY MANAGEMENT OF THE ARROYO AT BAKER RANCH;

228. AMC-CA INC., PROPERTY MANAGEMENT OF THE ARROYO AT BAKER RANCH;

229. BAKER RANCH AFFORDABLE HOUSING LP;

230. BAKER RANCH AFFORDABLE HOUSING LLC;

231. WESTERN COMMUNITY HOUSING INC.;

232. L+M FUND MANAGEMENT LLC;

233. L+M BAKER RANCH WORKFORCE HOLDINGS LLC;

234. L+M BAKER RANCH WORKFORCE MEMBER LLC, ITS SOLE MEMBER;

235. L+M WHF BAKER RANCH JV MEMBER LLC, ITS SOLE MEMBER;

236. L+M WORKFORCE FUND HALDO, LLC, ITS SOLE MEMBER;

237. L+M WORKFORCE HOUSING FUND REIT MANAGER, LLC, ITS MANAGER;

238. L+M WORKFORCE HOUSING FUND, LP, ITS SOLE;

239. L+M WORKFORCE HOUSING FUND GP, LLC, ITS GENERAL PARTNER;

240. L+M FUND MANAGEMENT LLC, ITS MANAGER;

241. WCH AFFORDABLE IX, LLC;

242. SOLARI ENTERPRISES INC.;

243. META HOUSING CORPORATION;

244. RED STONE EQUITY PARTNERS LLC;

245. CRUMMACK HUSEBY PROPERTY MANAGEMENT INC.;

246. FIRST SERVICE RESIDENTIAL PROPERTY MANAGER, CALIFORNIA;

247. ZANDI AND ASSOCIATES, LLC;

248. SEA COUNTRY TOWING AND RECOVERY, INC;

249. BLUEHOST INC.;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

250. SACHIN PURI, in his official capacity as CEO and director of BLUEHOST INC.;

251. LEGALZOOM INC.;

252. EFF STIBEL, in his official and individual capacity as CEO and director of LEGAMZOOM INC.;

253. TODD GLORIA, in his official and individual capacity as Mayor of San Diego;

254. JOE LA CAVA, in his official and individual capacity as Council President;

255. KELLY A. MARTINEZ, in her official and individual capacity as Sheriff Coroner of San Diego;

256. SCOTT WAHL, in his official and individual capacity as Police Department leader;

257. TORRY PINE GLIDER PORT;

258. AIR CALIFORNIA ADVENTURE INC.;

259. ROBIN JOHN MARIEN;

260. JUNIOR;

261. UNITED STATES HANG GLIDING AND PARAGLIDING ASSOCIATION, USHPA;

262. UNITED STATES POWERED PARAGLIDING ASSOCIATION, USPPA;

263. UNITED STATES PARACHUTE ASSOCIATION, USPA;

264. NATIONAL AERONAUTICAL ASSOCIATION, NAA;

265. FÉDÉRATION AÉRONAUTIQUE INTERNATIONALE, FAI;

266. FEDERAL AVIATION ADMINISTRATION, FAA;

267. FEDERAL AVIATION ADMINISTRATION SAN DIEGO, FSDO;

268. FEDERAL AVIATION ADMINISTRATION LONG BEACH, FSDO;

269. LEAH CATULLO, PPG PILOT, NAA & USPPA, & FAI;

270. MARTIN PALMAZ, in his official and individual capacity as former president of USHPA;

271. CHRIS SANTACROCE, USHPA;

272. BILL HUGHES, USHPA;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

273. ELENA FILONOVA, FAI;

274. AMY STEWART, NAA;

275. GREG PRINCIPATO, NAA & FAI;

276. DAVID MONKS, FAI;

277. RECREATION RISK RETENTION GROUP, RRRG;

278. PROFESSIONAL AIR SPORTS ASSOCIATION, PASA;

279. ALBERT BERCHTORD, USPA;

280. MICHAEL E. CINDRICH  #243731;

281. LAW OFFICES OF MICHAEL E. CINDRICH APC;

282. STEVEN DAVID SILVERSTEIN #86466;

283. SILVERSTEIN EVICTION LAW;

284. MICHAEL PAYMAN KADE #200871;

285. LAW OFFICES OF MICHAEL P. KADE, APLC;

286. ERIC ROBERT HEDSTROM #181169;

287. MATTHEW TAYLOR VELA # 322441;

288. THE LAW OFFICE OF MATTHEW T. VELA, PC;

289. MARK J. MCGOWAN #208554;

290. THE LAW OFFICES OF MARK J. MCGOWAN;

291. PAYMON BIDARI #194399;

292. BIDARI CIVIL DEFENSE, P.C.;

293. JONATHAN WESLEY BIRDT #183908;

294. SAYAN ABOUDI # 317292;

295. LIONSGATE LAW GROUP, APC;

296. JACOB ORR REBHUN ESQ #245618;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

297. SARAH LEE OVERTON #163810;

298. CUMMINGS MCCLOREY DAVIS & ACHO;

299. MATTHEW LAWRENCE GREEN #227904;

300. BEST BEST & KRIEGER LLP;

301. S. FRANK HARRELL # 133437;

302. G. CRAIG SMITH # 265676;

303. LACEY NICOLE SIPSEY #321297;

304. KYLE A. SCHIFFMAN # 337513;

305. LYNBERG & WATKINS, APC;

306. MITCHELL DAVID DEAN #128926;

307. GAZZO & ROISTACHER LLP;

308. MARY SAHAR IZADI #233698;

309. KAMBIZ IZADI #216076;

310. DARREN J WELSH #210431;

311. ANTOINE DEMARCOS WILLIAMS #255716;

312. ARASH SEYED ARABI #228813;

313. MORGAN HALLIE STIEFEL #283489;

314. RANHEE LEE #330979;

315. ANTOINE DEMARCOS WILLIAMS #255716;

316. WILLIAMS AND SEEMAN, ALPC;

317. MONA DELDAR #231393;

318. DELDAR LEGAL;

319. CALIFORNIA COURT, JUDICIAL BRANCH OF CALIFORNIA;

320. CA COMMISSION ON JUDICIAL PERFORMANCE;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

321. U.S. ATTORNEY PUBLIC CORRUPTION AND CIVIL RIGHTS DEPARTMENT

322. CA LEGISLATIVE;

323. CA STATE ASSEMBLY;

324. CHRIS POON CHAN, in his official and individual capacity as Associate Governmental Program Analyst of the California Department of Fair Employment and Housing;

325. JAMES CORTES, in his official and individual capacity as the California Department of Fair Employment and Housing, Supervisor;

326. TERESA VARGAS-PATTERSON, in his official and individual capacity as Staff Services Manager I, California Civil Rights Department, formerly Department of Fair Employment and Housing;

327. CALIFORNIA BAR ASSOCIATION;

328. CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING;

329. UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT;

330. CA FIRE DEPARTMENT;

331. DEPARTMENT OF JUSTICE HEADQUARTERS;

332. CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT, EDD;

333. NANCY FARIAS, in her official and individual capacity as EDD Director;

334. QUINN BUNIEL, in his official and individual capacity as EDD Deputy Director of Legislative Affairs;

335. RON HUGHES, in his official and individual capacity as EDD Deputy Director of EDDNext Modernization;

336. CAROL D. WILLIAMS, in her official and individual capacity as EDD Chief Deputy Director of Operations;

337. STATE OF PHARMACY, UNEMPLOYMENT INSURANCE APPEAL BOARD, CUIAB;

338. MICHAEL ALLEN, in his official and individual capacity as Board Chair CUIAB;

339. LAURA KENT-MONNING, in her official and individual capacity as Vice Chair CUIAB;

340. MICHAEL ENG, in his official and individual capacity as an employee of CUIAB;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

341.RICHARD D. ROTH, in his official and individual capacity as an employee of CUIAB;

342.ROBERT WIECKOWSKI, in his official and individual capacity as an employee of CUIAB;

343.CALIFORNIA SECRETARY OF STATE;

344.SOPHIA AZAR, in her official and individual capacity as California State Athletic Commission;

345.PETER VILLEGAS, in his official and individual capacity as Chair of the California State Athletic Commission;

346.CALIFORNIA STATE ATHLETIC COMMISSION;

347.DR. VERNON WILLIAMS, in his official and individual capacity as California State Athletic Commission;

348. DR. ANNMARIA DE MARS, in his official and individual capacity as a Commissioner for the California State Athletic Commission (CSAC);

349. RONALD FIORE, in his official and individual capacity as California State Athletic Commission;

350. CHRIS GRUWELL, in his official and individual capacity as Commissioner of the California State Athletic Commission;

351. DOUG HENDRICKSON, in his official and individual capacity as Commissioner of the California State Athletic Commission;

352. SCOTT WETCH, in his official and individual capacity as Commissioner of the California State Athletic Commission;

353. ANDY FOSTER, in his official and individual capacity as Executive Officer of the California State Athletic Commission;

354. STATE OF HAWAII;

355. ROBERT K.S. KIM, in his official and individual capacity as the Presiding Judge of the Third Circuit Court (Hawaii County);

356.U.S. ATTORNEY AND DISTRICT ATTORNEY OF HAWAII;

357.CITY AND COUNTY OF HONOLULU;

358.DAVID MATHEW HERZOG;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

359. LUCY ANNE HERZOG;

360. FREDERICK BANDACK;

361. KATHLEEN SANCHEZ COMM # 2206017;

362. DAMON KEY LEONG KUPCHAK HASTERT;

363. DOUGLAS C. SMITH;

364. BEVERLYN SIMINA;

365. LINDA J. GLADSON-ELFIQHI COMM # 2288757;

366. LOGIX FEDERAL CREDIT UNION BANK;

367. JASON NATELSON, in his official and individual capacity as Vice President, Legal Affairs/ Corporate Counsel of Logix Federal Credit Union;

368. PARVIZ ANSARI;

369. DIEGO MORENO, in his official and individual capacity as Financial Services Officer, Logix Federal Credit Union;

370. TRAVIS FOYLE, WEBRATRON;

371. WEBRATRON, a web developer company;

372. RAFFI ARMEN BAHADARIAN, in his official and individual capacity as LA Sheriff detective;

373. ROBERT G. LUNA, in his official and individual capacity as LA Sheriff Department;

374. LA DISTRICT ATTORNEY;

375. NATHAN HOTCHMAN, in his official and individual capacity as LA District Attorney Leader;

376. MICHAEL ALBANESE, in his official and individual capacity as LA Chief, Burbank Police Department;

377. DOMINIC CHOI, in his official and individual capacity as the LA Chief of Police Department,

378. SERGEANT ANTHONY VIRZI, in his official and individual capacity as the LA Burbank Police Department, Internal Affairs Bureau;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

379. DON J. BURT,  ID # 13876, in her official and individual capacity as LA Burbank Police Officer;

380. REALTOR DARLA STUART DRE # 02077162;

381. PAYAM KADE, PSYCHOLOGIST;

382. MEHRANGIZ SHAHANIAN;

383. CYRUS DJAN, AKA MOHAMMADEBRAHIM DARAKHSHANI JAN;

384. SOLMAZ DERAKHSHANI JAN;

385. YASHAR DERAKHSHANI JAN;

386. MANIA SABOUR;

387. MEHDI SABOUR;

388. SAHAR POORHASHEMI;

389. MAHBOUNEH SADAT HASHEMI SHEIKHSHABANI ;

390. MAHNAZ BAHAELOU;

391. KAMBAKHSH REZAI;

392. ESMAIL M. NABI, OWNER OF CASPIAN MEDITERRANEAN KITCHEN;

393. CASPIAN MEDITERRANEAN KITCHEN;

394. CHARANIA HOLDINGS LLC;

395. MARJAN SHAHANIAN;

396. SAEID DERAKHSHAN HOORAH;

397. MASHIA GHODS;

398. MANZAR KIA;

399. MANOUCHEHR AMIDNAMIN;

400. MARZIEH AMIDNAMIN;

401. SABINA AMIDNAMIN;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

402. DARA KHOSROWSHAHI, in his official and individual capacity as CEO of Uber;

403. ANNE HWANG, in her official and individual capacity as District Judge;

404. ANN MARIE MCIFF ALLEN, in her official and individual capacity as District Judge;

405. DALE A. KIMBALL, in his official and individual capacity as District Judge;

406. ROBERT J. SHELBY, in his official and individual capacity as District Judge;

407. DAPHNE A. OBERG, in his official and individual capacity as District Magistrate Judge;

408. SCOTT W. SKAVDAHL, in his official and individual capacity as District Judge;

409. JASON SHAW, in his official and individual capacity as Police Sergeant at Clayton Police Department;

410. CVS HEALTH INC.;

411. STEVEN C. MONTI, in his official and individual capacity as an employee of CVS Health Inc.;

412. JASMIN PATEL, in his official and individual capacity as an employee of CVS Health Inc.;

413. JUDITH RICHTER, in his official and individual capacity as an employee of CVS Health Inc.;

414. NOLAN LO, in his official and individual capacity as an employee of CVS Health Inc.;

415. SEUNG W. OH, PHARM. D., in his official and individual capacity as CA Board of Pharmacy President;

416. ANNE SODERGREN, in her official and individual capacity as the Executive Officer of the Board of Pharmacy, Department of Consumer Affairs;

417. KAREN R. DENVIR, in her official and individual capacity as Supervising Deputy Attorney General;

418. KATELYN E. DOCHERTY, in her official and individual capacity as Deputy Attorney General State Bar No. 322028;

419. KATHERINE SILL, in her official and individual capacity as Former Inspector of the California State Board of Pharmacy;

420. ZACHARY A. CUNHA, in his official and individual capacity as U.S. Attorney;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

421. SARA MIRON BLOOM, in her official and individual capacity as Assistant United States Attorney, RI;

422. KEVIN LOVE HUBBARD, in his official and individual capacity as Assistant United States Attorney, RI;

423. RACHNA VYAS, in his official and individual capacity as Assistant United States Attorney, RI;

424. JESSICA D. ABER, in her official and individual capacity as United States Attorney for the Eastern District of Virginia;

425. JOHN E. BEERBOWER, in his official and individual capacity as Special Assistant U.S. Attorney, VA;

426. CLARE E. CONNORS, in her official and individual capacity as United States Attorney for the District of Hawaii ;

427. SYDNEY SPECTOR, in her official and individual capacity as Special Assistant U.S. Attorneys, HI;

428. TRACY J. WEINSTEIN, in her official and individual capacity as Special Assistant U.S. Attorneys, HI;

429. DAMIEN DIGGS, in his official and individual capacity as United States Attorney for the Eastern District of Texas;

430. ADRIAN GARCIA, in his official and individual capacity as Special Assistant U.S. Attorneys,TX;

431. JAMES GILLINGHAM, in his official and individual capacity as Special Assistant U.S. Attorneys,TX;

432. BRIAN M. BOYNTON, in his official and individual capacity as Principal Deputy Assistant Attorney General, D.C.;

433. BURDEN H. WALKER, in his official and individual capacity as Acting Deputy Assistant Attorney General, Civil Division;

434. AMANDA N. LISKAMM, in her official and individual capacity as Director;

435. LISA K. HSIAO, in her official and individual capacity as Senior Deputy Director, Civil Litigation;

436. AMY L. DELINE, in her official and individual capacity as Assistant Director;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

437. C.B. BUENTE, in his official and individual capacity as Assistant Director;

438. DONALD LORENZEN, in his official and individual capacity as Senior Litigation Counsel;

439. BEN CORNFELD;

440. AMANDA K. KELLY, in her official and individual capacity as Trial Attorney, United States Department of Justice, Consumer Protection Branch;

441. MICHAEL GRANSTON, in his official and individual capacity as Deputy Assistant Attorney General;

442. JAMIE A. YAVELBERG, in his official and individual capacity as Director;

443. NATALIE A. WAITES, in her official and individual capacity as Assistant Director;

444. CLAIRE L. NORSETTER; in her official and individual capacity as a Trial Attorney of the Justice Department's Civil Division and Assistant U.S. Attorney;

445. OSHUA BARON;

446. MEGAN F. ENGEL, in his official and individual capacity as a Trial Attorneys U.S. Department of Justice;

447. COMMERCIAL LITIGATION BRANCH, FRAUD SECTION;

448. WALGREENS CO;

449. WALGREEN CO;

450. WALGREENS PHARMACY;

451. WALGREEN PHARMACY;

452. JERRY PIRA, in his official and individual capacity as a Walgreens employee;

453. VERONICA C., in her official and individual capacity as a Walgreens employee;

454. SHANIEKE NELSON, in her official and individual capacity as a Walgreens employee;

455. JOSE MORALES, CA, in his official and individual capacity as an Orange County Superior Court employee;

456. RICHARD AUGUSTINE, in his official and individual capacity as CA, Orange County Superior Court employee;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

457. SALOUMEH YARAGHCHI;

458. L.A. MEDICAL BILLING NETWORKS LLC;

459. Dr. KAMYAR AMINI;

460. JOHNNY JASON ESCOBAR;

461. LORI ANNE KIM #245683;

462. MANUCHEHR KHOSHBIN, AKA MANI KHOSHBIN;

463. JOHN EUSTERMANN;

464. AMY NETERER;

465. HENDRIK VANDERLINDE, in his official and individual capacity as a former Rite Aid employee;

466. RITE AID;

467. FIRST ADVANTAGE;

468. STERLING CHECK CORPORATION;

469. FIRST ADVANTAGE CORPORATION;

470. FIRST ADVANTAGE;

471. CHAPMAN UNIVERSITY;

472. JPMORGAN CHASE & CO;

473. JAMES DIMON, in his official and individual capacity as CEO of JPMorgan Chase & Co;

474. American Automobile Association, AAA;

475. GENE JEROME BOEHM, in his official and individual capacity as CEO of American Automobile Association, AAA;

476. ROCKPOINT FUNDING, LLC;

477. RAMTIN GHANEEIAN, in his official and individual capacity as Manager of ROCKPOINT FUNDING, LLC;

478. JOHN KOHAN, in his official and individual capacity as Manager of ROCKPOINT FUNDING, LLC;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

479. UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, ICE;

480. TODD LYONS, in his official and individual capacity as leader of Immigration and Customs Enforcement;

481. UNITED STATES DEPARTMENT OF HOMELAND SECURITY, DHS;

482. SONNY SANTIAGO, in his official and individual capacity as former Community Manager of The Arroyo at Baker Ranch;

483. STEVE GORDON, in his official and individual capacity as Director of the California Department of Motor Vehicles, DMV;

484. BENJAMIN YU, in his official and individual capacity as in his official capacity as a Lake Forest City Council Member;

485. MARK TETTEMER, in his official and individual capacity as former Lake Forest City Mayor and City Council Member;

486. DOUG CIRBO, in his official capacity as a Lake Forest City Mayor Pro Tem and City Council Member;

487. SCOTT VOIGTS, in his official and individual capacity as Lake Forest Mayor and City Council Member;

488. ROBERT PEQUEÑO, in his official and individual capacity as Lake Forest City Mayor;

489. BENJAMIN YU, in his official and individual capacity as a Lake Forest City employee;

490. SCOTT VOIGTS, Lake Forest City employee;

491. MARK TETTEMER, Lake Forest City employee;

492. DOUG CIRBO, Lake Forest City employee;

493. ROBERT PEQUEÑO, Lake Forest City employee;

494. MITCHELL DAVID DEAN #128926;

495. DEAN GAZZO ROISTACHER LLP, LAW FIRM;

496. ALL ATTORNEYS OF DEAN GAZZO ROISTACHER LLP LAW FIRM;

497. DARIN D. SMITH, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY AS WYOMING U.S. ATTORNEY;

498. LACEY NICOLE SIPSEY #321297;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

499. LYNBERG & WATKINS LAW FIRM;

500. ALL ATTORNEYS OF LYNBERG & WATKINS LAW FIRM;

501. ALEJANDRO MAYORKAS, in his official and individual capacity as Attorney and former United States Secretary of Homeland Security;

502. CALIFORNIA STATE SHERIFFS ASSOCIATION (CSSA);

503. ERIC ROBERT HEDSTROM #181169;

504. VIVIANA BECERRA, in her official and individual capacity as Chief of Staff (COS), Communication Department, External Affairs, and Legislative Affairs of the California Department of Justice;

505. DAMON BROWN, in his official and individual capacity as the Top deputy of the California Department of Justice;

506. ELEANOR BLUME, in his official and individual capacity as Special Assistant Attorney General of the California Department of Justice;

507. DANA WILLIAMSON, in his official and individual capacity as a former California Governor's assistant and California Department of Justice employee;

508. NATHAN BARANKIN, in his official and individual capacity as Chief of Staff and assistant to the California Governor's assistant and a California Department of Justice employee;

509. PLANET FITNESS INC;

510. PLA-FIT HOLDINGS LLC;

511. PFIP LLC;

512. PLANET FITNESS FRANCHISING LLC;

513. TALLON FAIR, PLANET FITNESS EMPLOYEE;

514. COLLEEN KEATING, in his official and individual capacity as CEO of Planet Fitness;

515. PAUL BARBER, in his official and individual capacity as Chief Information Officer of Planet Fitness;

516. BILL BODE, in his official and individual capacity as Chief Operating Officer of Planet Fitness;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

517. MCCALL GOSSELIN, in his official and individual capacity as Chief Corporate Affairs Officer of Planet Fitness;

518. CHIP OHLSSON, in his official and individual capacity as Chief Development Officer of Planet Fitness;

519. BRIAN POVINELLI, in his official and individual capacity as Chief Marketing Officer of Planet Fitness;

520. SARAH POWELL, in her official and individual capacity as General Counsel of Planet Fitness;

521. JENNIFER SIMMONS, in her official and individual capacity as Chief Strategy Officer of Planet Fitness;

522. JAY STASZ, in her official and individual capacity as Chief Financial Officer of Planet Fitness;

523. THE KHOSHBIN CO., INC. (COMMERCIAL REAL ESTATE FIRM);

524. HUNTINGTON HARBOR PLAZA, LLC;

525. KHOSHBIN ORANGEWOOD PARTNERS LLC;

526. KHOSHBIN HILLSIDE LLC AND THE KHOSHBIN TOWER, LP;

527. BRIAN BARDIA ETEMAD #226520;

528. BRIAN ETEMAD;

529. FRED W. SLAUGHTER, in his official and individual capacity as a judge;

530. MONICA RAMIREZ ALMADANI, in her official and individual capacity as a judge;

531. TRACY ANN MILLER #185166, in her official and individual capacity as a former CA Orange County Assistant District Attorney

532. BIJAN DARVISH (SBN 308793);

533. LAW OFFICE OF BIJAN DARVISH;

534. JOHN D. BARNETT (SBN 56509);

535. LAW OFFICE OF JOHN D. BARNETT;

536. THE RIVERSIDE SHERIFF'S CHARITIES, INC.;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

537. NICHOLE WILKINSON, in her official and individual capacity as CFO of THE RIVERSIDE SHERIFF'S CHARITIES, INC. ;

538. RUTH ANDREWS, in his official and individual capacity as Secretary of THE RIVERSIDE SHERIFF'S CHARITIES, INC. ;

539. CHAD BIANCO, in his official and individual capacity as CEO of THE RIVERSIDE SHERIFF'S CHARITIES, INC. ;

540. ROSE PERKINS, in her official and individual capacity as former CFO of THE RIVERSIDE SHERIFF'S CHARITIES, INC.;

541. MUNA BUSAILAH, in her official and individual capacity  related to the THE RIVERSIDE SHERIFF'S CHARITIES, INC. ;

542. MUNA BUSAILAH #166328, Attorney THE RIVERSIDE SHERIFF'S CHARITIES, INC.;

543. STONE BUSAILAH LLP;

544. DENISE BIANCO, wife of Riverside County Sheriff-Coroner Chad Bianco;

545. RICHARD ALLEN GRENELL, in his official and individual capacity as Special Presidential Envoy for Special Missions of the United States;

546. MARCO ANTONIO RUBIO, in his official and individual capacity as United States Secretary of State;

547. TODD WALLACE BLANCHE, in his official and individual capacity as United States Deputy Attorney General;

548. MARKWAYNE MULLIN, in his official and individual capacity as U.S. Senator for Oklahoma;

549. ELON REEVE MUSK, in his official and individual capacity as CEO of Tesla, CEO/CTO of SpaceX, and owner of X;

550. STEVE GORDON, aka STEVEN P. GORDON, in his official and individual capacity as Director of the California Department of Motor Vehicles (DMV);

551. EDWARD D. SWENSON, in his official and individual capacity as the Chief Deputy Director of the California Department of Motor Vehicles (DMV);

552. AJAY GUPTA, in his official and individual capacity as Chief Digital Transformation Officer of the California Department of Motor Vehicles (DMV);

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

553. JUAN FRANCISCO CORNEJO, in his official and individual capacity as Chief Counsel and Deputy Director of the Legal Affairs Division of the California Department of Motor Vehicles (DMV);

554. ROBERT CROCKETT, in his official and individual capacity as the department's Administrative Services Deputy Director of the California Department of Motor Vehicles (DMV);

555. LANCE EVERETT, in his official and individual capacity as First Chief Data Officer of the California Department of Motor Vehicles (DMV);

556. SONIA HUESTIS, in her official and individual capacity as Deputy Director of the Customer Services Division of the California Department of Motor Vehicles (DMV);

557. CHRISTINA MICHEL, in her official and individual capacity as Chief of Investigations/ Deputy Director of the California Department of Motor Vehicles (DMV);

558. PRASHANT MITTAL, in his official and individual capacity as Chief Information Officer of the California Department of Motor Vehicles (DMV);

559. CARLOS SOLIS, in his official and individual capacity as Field Operations Deputy Director  of the California Department of Motor Vehicles (DMV);

560. BERNARD C. SORIANO, in his official and individual capacity as Policy Deputy Director of the California Department of Motor Vehicles (DMV);

561. EVA SPIEGEL, in her official and individual capacity as Deputy Director of Communications/Public Affairs of the California Department of Motor Vehicles (DMV);

562. BARRY STEINHART, in his official and individual capacity as Deputy Director of Legislative Affairs of the California Department of Motor Vehicles (DMV);

563. SERENITY THOMPSON, in his official and individual capacity as Deputy Director of Digital Services of the California Department of Motor Vehicles (DMV);

564. TRINA WASHINGTON, in her official and individual capacity as Deputy Director of Operations of the California Department of Motor Vehicles (DMV);

565. MATTHEW J. PARLOW, in his official and individual capacity as President of Chapman University;

566. DANIELE C. STRUPPA, in his official and individual capacity as Former President of Chapman University;

567. RONALD P. JORDAN, in his official and individual capacity as Founding Dean of the Chapman University School of Pharmacy (CUSP);

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

568. DINA EL-TAWANSY, in his official and individual capacity as Director of the California Department of Transportation (Caltrans);

569. SEAN PATRICK DUFFY, in his official and individual capacity as United States Secretary of Transportation;

570. RICARDO LARA, in his official and individual capacity as Insurance Commissioner for the California Department of Insurance;

571. STEWART KNOX, in his official and individual capacity as the Secretary of the California Labor & Workforce Development Agency (LWDA);

572. LORI CHAVEZ-DEREMER, in his official and individual capacity as the United States Secretary of Labor;

573. YOUNG KIM, in her official and individual capacity as U.S. Representative for California;

574. GOVERNMENT OF CANADA;

575. DEPARTMENT OF JUSTICE CANADA;

576. CANADA BORDER SERVICES AGENCY;

577. CANADIAN SECURITY INTELLIGENCE SERVICE;

578. PUBLIC SAFETY CANADA;

579. SUPREME COURT OF CANADA (SCC);

580. GLOBAL AFFAIRS CANADA;

581. FEDERAL COURT OF CANADA;

582.UNITED STATES CONGRESS;

583.UNITED STATES CONGRESS MEMBERS SINCE 2023;

584.UNITED STATES SENATE;

585.UNITED STATES SENATE MEMBERS SINCE 2023;

586. META PLATFORMS, INC., FACEBOOK, INSTAGRAM;

587. MARK ZUCKERBERG, in his official and individual capacity as CEO of Meta Platforms, Inc.;

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

588. TERRI FLYNN-PEISTER, IN HER OFFICIAL AND INDIVIDUAL CAPACITY AS ASSISTANT PRESIDING JUDGE;

589. MINDY SHERWOOD, in her official and individual capacity as Permits Section Head of the County of Los Angeles Department of Beaches and Harbors.

590. Association of National Olympic Committees (ANOC);

591. National Olympic Committees (NOCs);

592. International Olympic Committee (IOC);

593. United States Olympic & Paralympic Committee (USOPC);

594. KIRSTY COVENTRY, in her official and individual capacity as President of the International Olympic Committee (IOC);

595. GENE SYKES, in his official and individual capacity as the Chair/President of the board of USOPC;

596. SARAH HIRSHLAND, in her official and individual capacity as the CEO of USOPC;

597. ROBIN MITCHELL (Fiji), in his official and individual capacity as President of the Association of National Olympic Committees (ANOC);

598. CASEY WASSERMAN, in his official and individual capacity as The LA28 Chairperson;

599. GREGORY A. PHILLIPS, in his official and individual capacity as Judge, U.S. Court of Appeals for the Tenth Circuit;

600. PAUL J. KELLY, JR, in his official and individual capacity as Judge, U.S. Court of Appeals for the Tenth Circuit;

601. RICHARD E. N. FEDERICO, in his official and individual capacity as Judge, U.S. Court of Appeals for the Tenth Circuit;

602. JACK CLARK, Admin of the Paramotor page on Facebook;

603. NIMA SOLEIMANY;

604. GREGG ALLEN PHILLIPS, in his official and individual capacity as head of the Office of Response and Recovery in the Federal Emergency Management Agency (FEMA);

605. Federal Emergency Management Agency (FEMA);

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

606. MARCO ANTONIO RUBIO, in his official and individual capacity as the United States Secretary of State.

## V. GENERAL ALLEGATIONS

16. Law and justice represent humanity's destiny. They bring hope or destruction depending on how they are applied.

This case is not based solely on written law but on real harm suffered by real people. Justice requires consideration of both law and human impact.

Defendants have willfully caused severe damage to Plaintiff's life, Plaintiff's fiancé, athletes, national interests, competitions, and the reputation of sports, including impacts related to the 2028 Olympics. All of these complaints and claims are verifiable with documents, evidence, and proof to the court and other factors involved in handling this case.

Defendants have abused legal systems, government institutions, and public trust. Their actions caused irreparable harm and long-term damage.

17. Plaintiff and Plaintiff's fiancé have been subjected to:

- Continuous retaliation and threats

- Life-threatening messages

- Attempts to frame them and destroy their record in the United States

- Acts endangering their lives, including damage to their vehicle

These actions demonstrate ongoing conspiracies and organized criminal conduct with a strong pattern since 2023.

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

18. Financial damages exceed **$50 trillion**, excluding additional emotional, physical, and reputational harm in the plaintiff's private and professional life.

19. Federal Rules of Procedure under criminal, 4, 7, 9, Rule 49 & 49.1, and civil, 10(a) mandate that the caption name all parties. Publishing a federal case under a different name or not the full legal name, nickname, and with missing defendants that were named in the Summons and complaint as exactly stated, is not a clerical error; it is a material violation that:

• misleads the Court,

• obscures jurisdictional facts,

• deprives omitted parties of notice,

• Flee omitted defendants from prosecution and the law,

• leave no trace of defendants' crime on record and background check under their real full legal name,

• And violation of due process, and this is a serious crime.

So, the docket/record department must insert and add all the plaintiff's and defendant's information exactly as stated in the complaint, including case name, parties' names, titles, capacities, captions, contact information, email to receive notification of all activities on the case, phone number, and mailing address. There is no excuse or exception for this serious crime by the docket/record department, as they have committed to in other cases of the plaintiff.

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

## VI. STATEMENT OF FACTS

20. Plaintiff cannot disclose all evidence at this time due to the risks of evidence tampering, fabrication, and system manipulation by Defendants. Full evidence will be presented during the case process and hearings.

21. Additionally, Plaintiff cannot disclose the claims and RICO pattern at this stage because these criminal Defendants may attempt to modify or conceal their misconduct and evidence, as they did previously. For the safety and security of the Plaintiff, as well as the protection of the evidence, documents, and the integrity of the case, the claims, statement of facts (RICO pattern), and any exhibits and requests will be provided to the Court at the appropriate time. This is a criminal case.

22. All statements of facts, causes of action, claims, evidence, and documentation will be presented during the case process, under the full protection of the plaintiff and the case, and will be provided to federal investigators and prosecutors, and then they will give them to the court. Plaintiff is withholding certain evidence at this stage due to demonstrated risks of document alteration and destruction by involved parties. For example, an individual identified as Kevin Vert (also known as Kevin Jeffrey Vert) allegedly removed and deleted records upon learning of evidence against him.

## VII. REQUIREMENT OF VERIFIED FILINGS, OATH, AND PENALTY OF PERJURY FOR ALL DEFENDANTS AND COUNSEL

23. Plaintiff respectfully requests that this Court impose strict requirements that all Defendants, their attorneys, and any individuals acting on their behalf be

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

required to submit all pleadings, motions, declarations, responses, and any other filings in this action under oath and subject to the penalty of perjury.

This request is made due to the serious and repeated pattern of misconduct, misrepresentation, and false statements by Defendants and their representatives in prior related matters and proceedings. Plaintiff alleges that many of the Defendants are government officials or individuals acting under color of law, and that they have previously engaged in false statements, concealment of material facts, and abuse of legal procedures in order to mislead courts and avoid accountability.

Pursuant to **28 U.S.C. § 1746**, any matter required or permitted to be supported by a sworn declaration may be supported by a written declaration subscribed as true under penalty of perjury. Plaintiff requests that the Court require strict compliance with this statute for all factual assertions made by Defendants and their counsel.

Additionally, Plaintiff invokes the authority of **Federal Rule of Civil Procedure 11**, which requires that all submissions to the Court be made after reasonable inquiry and not for improper purposes, and that factual contentions have evidentiary support. Given the nature of this case, Plaintiff respectfully requests heightened scrutiny and enforcement of Rule 11 obligations.

24. Plaintiff further notes that knowingly false statements made under oath or penalty of perjury may constitute violations of federal criminal statutes, including but not limited to:

- **18 U.S.C. § 1621** (Perjury);

- **18 U.S.C. § 1623** (False Declarations);

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

- **18 U.S.C. § 1001** (False Statements to Government);

Plaintiff asserts that, due to the pattern of alleged corruption, retaliation, and misuse of authority described in this action, it is necessary to ensure that Defendants cannot submit misleading or false information without being subject to immediate legal consequences.

25. Accordingly, Plaintiff respectfully requests that the Court:

- Require that all factual statements submitted by Defendants and their counsel be verified under oath or penalty of perjury;

- Prohibit the submission of unsupported or conclusory factual assertions not made under such verification;

- Warn all parties that false statements may result in sanctions, including but not limited to monetary sanctions, evidentiary sanctions, or referral for criminal investigation;

- Impose any additional safeguards the Court deems appropriate to preserve the integrity of the proceedings and prevent abuse of the judicial process.

This request is necessary to protect the integrity of the Court, ensure fairness in the proceedings, and prevent further abuse of the legal system by Defendants who have demonstrated a pattern of unlawful and deceptive conduct.

## VIII. SERVICE OF DEFENDANTS

26. Due to the criminal nature of this lawsuit and prior experiences with evasion of service by defendants, it is essential to serve defendants by:

- U.S. Marshal
- Sheriff's levying officers

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

- Court servicer

This is necessary to prevent abuse of procedural rules and ensure accountability.

## IX. NO SETTLEMENT

27. There will be **no settlement or meet-and-confer process** due to the nature and severity of the alleged misconduct. Plaintiff seeks justice, accountability, and prosecution, not settlement.

## X. REQUEST FOR RELIEF

28. WHEREFORE, Plaintiff requests:

- Immediate restraining orders against certain defendants

- Immediate placement of Plaintiff and Plaintiff's fiancé in the **United States Federal Witness Protection Program**

- Immediate halt of all defendant actions related to this matter pending investigation

- Issuance of arrest warrants where appropriate

- Immediate asset forfeiture of the defendants' assets worldwide

- Compensatory damages exceeding **$50 trillion**

- Immediate restoration of damages affecting national interests, businesses, and projects

- Any further relief deemed appropriate by the Court

## XI. RICO ELEMENTS (ENTERPRISE, PATTERN, AND PREDICATE ACTS)

29. This action arises under the **Racketeer Influenced and Corrupt Organizations Act**.

Plaintiff alleges that Defendants engaged in a pattern of racketeering and organized criminal activities, and the RICO pattern will be furnished later.

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

**F.   ENTERPRISE**

30. Defendants, along with associated individuals and entities, constitute an **"enterprise"** within the meaning of 18 U.S.C. § 1961(4).

The enterprise includes:

- Government officials

- Corporate entities

- Financial institutions

- Real estate and business actors

- Individuals acting in concert

- And more

31. The enterprise operates as a coordinated network involved in:

- Corruption and abuse of authority

- Fraudulent schemes across multiple industries

- Manipulation of legal and governmental systems

- Concealment and destruction of evidence

The structure of the enterprise includes both formal and informal associations, functioning as a continuing unit with a common purpose.

**G. PATTERN OF RACKETEERING ACTIVITY**

32. Defendants have engaged in a **pattern of racketeering activity** as defined under 18 U.S.C. § 1961(5), consisting of multiple related predicate acts over a continuous period of time.

These acts are:

- Related in purpose, participants, victims, and methods

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

- Continuous and ongoing

- Designed to achieve unlawful financial gain, power, and control

## H. PREDICATE ACTS

33. The predicate acts underlying this RICO claim include, but are not limited to:

- Mail fraud (18 U.S.C. § 1341)

- Wire fraud (18 U.S.C. § 1343)

- Bank fraud mafia

- Identity theft mafia

- Obstruction of justice

- Witness intimidation and retaliation

- Fraud related to real estate, loans, and financial transactions

- Government benefits fraud

- Immigration-related fraud

- Conspiracy

- Systemic corruption connected to the government, corporations, individuals, entities, and others

- Forgery

- Felony

- Retaliation

- Judicial mafia, Government official mafia

- Real estate fraud, Real estate mafia, Rental scam mafia

- Conspiracy mafia

- White collar crime

- Probation fraud

- Tax fraud

- Insurance fraud

- Collector fraud

- Blackmail mafia
- Testify under the perjury mafia
- Cyber crime
- Human smuggling fraud
- Pharmaceutical mafia
- Law enforcement mafia
- Drug trafficking
- Firearm violation mafia
- Immigration fraud, Immigration mafia
- Marriage fraud
- Citizenship fraud
- Government benefit mafia
- DMV fraud and mafia
- EDD fraud and mafia
- Government fund mafia
- Obstruction of justice
- Accusation, defamation of character, and slander mafia
- Prosecutor mafia
- Violation of statutory, civil, and U.S. constitutional rights
- And many more.

Additional predicate acts include organized criminal activities described throughout this complaint, including systemic corruption and coordinated illegal conduct.

Plaintiff will furnish detailed descriptions of each predicate act, including dates, participants, and supporting evidence, at the appropriate time.

## I. CONDUCT AND PARTICIPATION

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

34. Defendants conducted and participated, directly and indirectly, in the conduct of the enterprise's affairs through a pattern of racketeering activity.

Each Defendant:

- Participated in the operation or management of the enterprise

- Knowingly engaged in unlawful acts

- Benefited financially or otherwise from the enterprise

- And more

**J.  INJURY AND DAMAGES**

35. As a direct and proximate result of Defendants' RICO violations:

- Plaintiff suffered substantial financial damages exceeding $50 trillion

- Plaintiff suffered emotional, physical, and reputational harm

- Plaintiff's safety and life have been threatened

- National interests and public trust have been harmed

- And many more

**K. RESERVATION OF FULL RICO DISCLOSURE**

36. Plaintiff expressly reserves the right to provide:

- Full RICO pattern details

- Complete list of predicate acts

- Supporting evidence and documentation

- Identification of all participants

at a later stage of this proceeding, after appropriate federal investigation and protection measures are in place.

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF

## XII. DEMAND FOR JURY TRIAL AND GRAND JURY

37. Due to the sensitivity, security risks, and critical nature of this case, Plaintiff demands a **jury trial on all issues** pursuant to the **Seventh Amendment to the United States Constitution**.

38. Plaintiff further demands:

- A jury of **at least fifty (50) randomly selected citizens**

- Jury selection free from influence by government entities or involved parties

- Full protection of jurors and proceedings

39. Additionally, due to the criminal nature of the allegations, Plaintiff demands that this matter be presented to a **federal grand jury** for investigation and potential prosecution, including involvement of the United States Department of Justice, the Federal Bureau of Investigation, and other federal agencies.

## XIII. EXHIBITS

40. Plaintiff will provide hundreds of documents, records, and evidence supporting all claims after full protection and at the right time.

DATED: APRIL 13, 2026

/s/ _____

Dr. SANAZ DERAKHSHANI JAN

In Pro Per /Plaintiff

COMPLAINT FOR RICO ACT, CONSTITUTIONAL VIOLATIONS, AND EMERGENCY RELIEF