Name:   SANAZ DERAKHSHANI JAN

Address: P.O. BOX 363

TRABUCO CANYON, CA 92678

Phone Number:  818-913-9338

Email Address:   complexcomplaint2@gmail.com

*Pro Se*

```
┌─────────────────────────────────────┐
│                FILED                 │
│   CLERK, U.S. DISTRICT COURT         │
│      ┌─────────────────┐             │
│      │   04/13/2026    │             │
│      └─────────────────┘             │
│   CENTRAL DISTRICT OF CALIFORNIA     │
│   BY_____mba_____DEPUTY            │
│  DOCUMENT SUBMITTED THROUGH THE      │
│  ELECTRONIC DOCUMENT SUBMISSION SYSTEM│
└─────────────────────────────────────┘
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| SANAZ DERAKHSHANI JAN | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 8:26-cv-00903-DOC |
| v. | |
| UNITED STATES OF AMERICA GOVERNMENT; et al. | **APPLICATION FOR PERMISSION FOR ELECTRONIC FILING** |
| DEFENDANT(S) | |

As the  ☒ Plaintiff  ☐ Defendant    in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case.  I hereby affirm that:

1. I have reviewed Local Rule 5-4.1.1 and the instructions available on the Court's website at www.cacd.uscourts.gov/e-filing/electronic-filing-and-case-access-people-without-lawyers.

2. I understand that once I register for e-filing, I will receive notices and documents in Central District cases only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this or any other case.

5. I have regular access to the technical requirements necessary to e-file successfully:

   *Check all that apply.*

   ☑ A Computer with internet access.

   ☑ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

   ☑ A scanner to convert documents that are only in paper format into electronic files.

   ☑ A printer or copier to create required paper copies such as chambers copies.

   ☑ A word-processing program to create documents; and

   ☑ A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date:  04/10/2026                                    Signature:  /s/ [signature]

CV-005 (02/20)                **APPLICATION FOR PERMISSION FOR ELECTRONIC FILING**