UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | **8:26-cv-00903-MCS** | Date | May 18, 2026 |
| Title | *Jan v. United States* | | |

Present: The Honorable    Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (IN CHAMBERS) ORDER RE: OBJECTION (ECF NO. 17)**

Plaintiff Sanaz Derakhshani Jan brought this civil action against the United States of America and over 600 other defendants. (Compl., ECF No. 1.) Plaintiff sought to proceed in forma pauperis. (Mot., ECF No. 3.) Pursuant to 28 U.S.C. § 1915(e)(2)(B), the Court screened the complaint and dismissed it without leave to amend. (Order, ECF No. 16.) Plaintiff objects to the Court's order, requests that it be vacated, and requests judicial reassignment. (Obj., ECF No. 17.) The Court denies the request for failure to comply with court rules governing motion practice, *see, e.g.*, C.D. Cal. Rs. 6-1, 7-4, 7-20; for failure to present any cognizable basis for reconsideration of the Court's order, *see* Fed. Rs. Civ. P. 59(e), 60(b); C.D. Cal. R. 7-18; and for failure to comply with the procedural rules governing motions to disqualify and to present an extrajudicial cause for disqualification of the assigned judicial officer, 28 U.S.C. § 144; *Liteky v. United States*, 510 U.S. 540, 555 (1994); *United States v. Sibla*, 624 F.2d 864, 868 (9th Cir. 1980). No further filings will be entertained in this closed case.

**IT IS SO ORDERED.**